**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dillon, Timothy C** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dillon, Julie L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-7833** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-9553** |
| Street Address of Debtor (No. & Street, City, and State):<br>**210 E. Pearson St., #14AB**<br>**Chicago, IL**<br>ZIP Code **60611** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**210 E. Pearson, #14AB**<br>**Chicago, IL**<br>ZIP Code **60611** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor** (Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)

- ■ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

| **Statistical/Administrative Information** | *** Forrest L. Ingram 3129032 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dillon, Timothy C**<br>**Dillon, Julie L** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

**X  /s/ Forrest L. Ingram                    May 19, 2006**
    Signature of Attorney for Debtor(s)          Date
    **Forrest L. Ingram 3129032**

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No

</td>
<td>

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

■  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

</td>
</tr>
</table>

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|

**Venue** (Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)


☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                              FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Dillon, Timothy C**
**Dillon, Julie L**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Timothy C Dillon**
Signature of Debtor  **Timothy C Dillon**

X  **/s/ Julie L Dillon**
Signature of Joint Debtor  **Julie L Dillon**

Telephone Number (If not represented by attorney)

**May 19, 2006**
Date

### Signature of Attorney

X  **/s/ Forrest L. Ingram**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 1210**
**Chicago, IL 60603**

Address

**Email: foringpc@aol.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**May 19, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Timothy C Dillon,**
        **Julie L Dillon**

Case No. _____

                                  ,     Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 855,000.00 | | |
| B - Personal Property | Yes | 3 | 211,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,038,368.06 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 69 | | 1,519,146.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,864.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,183.95 |
| Total Number of Sheets of ALL Schedules | | 81 | | | |
| Total Assets | | | 1,066,250.00 | | |
| Total Liabilities | | | | 2,557,514.19 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Timothy C Dillon,**
**Julie L Dillon,**

Case No. _____

_____,

**Debtors**

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6A
(10/05)

In re    **Timothy C Dillon,**                                    Case No. _____
         **Julie L Dillon**
_____ ,
                            Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **210 E. Pearson St. #14AB Chicago, IL 60611** | **Fee Simple** | **H** | **855,000.00** | **929,009.59** |

|  |  | Sub-Total > | **855,000.00** | (Total of this page) |
|  |  | Total > | **855,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Timothy C Dillon,**                                                                                     Case No. _____
        **Julie L Dillon**
_____ ,
                                      Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. No. 2816911 Chase Bank Chicago, IL** | J | **2,500.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture (5-10 yrs. old) includes: 3 bedroom sets, 4 TVs, 3 couches, dining room table and six chairs, buffet, 4 end tables, 10 chairs, 2 desks, breakfast table.** | J | **6,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary wearing apparel for four persons (suits, dresses, children's clothes, etc.)** | J | **5,000.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Children's hockey equipment** | J | **100.00** |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **13,800.00** |
| (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    **Timothy C Dillon,**                                              Case No. _____

    **Julie L Dillon**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Wife's 401(k) at Hendricksen & Co.** | **W** | **140,000.00** |
| | | **Wife's Schwab SEP IRA** | **W** | **1,150.00** |
| | | **Husband's 401(k) at Sequoit Harbor Marina** | **H** | **14,000.00** |
| | | **Husband's E-Trade SEP IRA** | **H** | **5,700.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **33 1/3 interest in defunct company Pedian LLC** | **J** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Tax refund, assigned to Cole Taylor Bank** | **J** | **1,600.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **162,450.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Timothy C Dillon,**                                                      Case No. _____

        **Julie L Dillon**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **3RD PARTY CLAIM AGAINST STEVEN GOLOVAN** | **H** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Jeep Commander** | **H** | **35,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **35,000.00**
(Total of this page)

Total >        **211,250.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6C
(10/05)

In re     **Timothy C Dillon,**                       Case No. _____

            **Julie L Dillon**

                                                  Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $125,000.
    ☐ 11 U.S.C. §522(b)(2)
    ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Real Property** | | | |
| **210 E. Pearson St.** **#14AB** **Chicago, IL 60611** | **735 ILCS 5/12-901** | **15,000.00** | **855,000.00** |
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Acct. No. 2816911** **Chase Bank** **Chicago, IL** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture (5-10 yrs. old) includes: 3 bedroom sets, 4 TVs, 3 couches, dining room table and six chairs, buffet, 4 end tables, 10 chairs, 2 desks, breakfast table.** | **735 ILCS 5/12-1001(b)** | **5,300.00** | **6,000.00** |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel for four persons (suits, dresses, children's clothes, etc.)** | **735 ILCS 5/12-1001(a)** | **5,000.00** | **5,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Children's hockey equipment** | **735 ILCS 5/12-1001(b)** | **20.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Wife's 401(k) at Hendricksen & Co.** | **735 ILCS 5/12-704** | **140,000.00** | **140,000.00** |
| **Wife's Schwab SEP IRA** | **735 ILCS 5/12-704** | **1,150.00** | **1,150.00** |
| **Husband's 401(k) at Sequoit Harbor Marina** | **735 ILCS 5/12-704** | **14,000.00** | **14,000.00** |
| **Husband's E-Trade SEP IRA** | **735 ILCS 5/12-704** | **5,700.00** | **5,700.00** |
| **Stock and Interests in Businesses** | | | |
| **33 1/3 interest in defunct company Pedian LLC** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Tax refund, assigned to Cole Taylor Bank** | **735 ILCS 5/12-1001(b)** | **0.00** | **1,600.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **3RD PARTY CLAIM AGAINST STEVEN GOLOVAN** | **735 ILCS 5/12-1001(h)(4)** | **0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Jeep Commander** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **35,000.00** |

    **0**     continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(10/05)

In re   **Timothy C Dillon,**
**Julie L Dillon,**

Case No. _____

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J | C | | | | | | |
| Account No. **1002889128** | | | | | **2006 Jeep Commander** | | | | | |
| **Chrysler Financial** **P.O. Box 2993** **Milwaukee, WI 53201-2993** | | H | | | | | | | | |
| | | | | | Value $           **35,000.00** | | | | **34,358.47** | **0.00** |
| Account No. | | | | | **August 2005** | | | | | |
| **Cole Taylor Bank** **9550 W. Higgins Road** **Rosemont, IL 60018** | | | J | | **Second Mortgage** **210 E. Pearson St.** **#14AB** **Chicago, IL 60611** | | | X | | |
| | | | | | Value $          **855,000.00** | | | | **235,000.00** | **74,009.59** |
| Account No. | | | | | **August 2005** | | | | | |
| **Cole Taylor Bank** **9550 W. Higgins Road** **Rosemont, IL 60018** | | | J | | **Assignment of tax refund** **Tax refund, assigned to Cole Taylor Bank** | | | X | | |
| | | | | | Value $            **1,600.00** | | | | **75,000.00** | **73,400.00** |
| Account No. **101969013** | | | | | **May 2005** | | | | | |
| **Countrywide Bank** **MSN SV-26B** **P.O. Box 10229** **Van Nuys, CA 91410-0225** | | H | | | **First Mortgage** **210 E. Pearson St.** **#14AB** **Chicago, IL 60611** | | | | | |
| | | | | | Value $          **855,000.00** | | | | **694,009.59** | **0.00** |

___0___ continuation sheets attached

Subtotal   (Total of this page)   **1,038,368.06**

Total   (Report on Summary of Schedules)   **1,038,368.06**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(10/05)

In re   **Timothy C Dillon,**
    **Julie L Dillon**
_____
Debtors
Case No. _____
,

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(10/05)

In re    **Timothy C Dillon,**                                    Case No. _____
      **Julie L Dillon,**
                              ,
                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **828 International trading Co.** <br> **PO Box 2307** <br> **Greenville, SC 29602** | | J | **Debt of Pedian Inc.** | | | | **1,395.13** |
| Account No. <br><br> **A&R Custom Flooring Cont, Inc.** <br> **21190 Commercial Drive** <br> **Mundelein, IL 60060** | | J | **Debt of Pedian Inc.** | | | | **Unknown** |
| Account No. <br><br> **Aaron Stal** <br> **1320 Hackberry** <br> **Winnetka, IL 60093** | | J | **Debt of Pedian, Inc.** | | | | **Unknown** |
| Account No. <br><br> **ABC Business Forms** <br> **5654 North Elston Ave.** <br> **Chicago, IL 60646** | | J | **Debt of Pedian Inc.** | | | | **913.39** |

  __68__  continuation sheets attached

Subtotal
(Total of this page)

**2,308.52**

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
　　　　 **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt. of Pedian Inc. | | | | |
| Adelman & Gettleman, Ltd. 53 West Jackson, Suite 1050 Chicago, IL 60604 | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| Adex USA LC 2818 NW 112 Ave. Miami, FL 33172 | | | J | | | | | | 700.00 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| ADT Security Svcs P.O. Box 325 Chelmsford, MA 01824 | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| AFLAC 1932 Wynnton Road Columbus, GA 31999 | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| All Tile Inc. 1201 Chase Ave. Elk Grove Village, IL 60007 | | | J | | | | | | Unknown |

Sheet no. __1__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

700.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
**Julie L Dillon**
Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Allied Tile Mfg. Corp.** **2840 Atlantic Ave.** **Brooklyn, NY 11207** | | | J | | | | | | 403.94 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Almerico & Assoc. Inc.** **522 Hillside Ave.** **Glen Ellyn, IL 60137** | | | J | | | | | | 198.00 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Alpha Graphics** **2561 Waukegan Road** **Deerfield, IL 60015** | | | J | | | | | | 2,119.42 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Alpha Signs Co.** **1739 Chestnut Ave.** **Glenview, IL 60025** | | | J | | | | | | 1,050.63 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Amber Floors, Inc.** **1714 N. Beech Road** **Mount Prospect, IL 60056** | | | J | | | | | | 14,113.55 |

Sheet no. __2__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,885.54

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**                                      Case No. _____
        **Julie L Dillon**

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3712-858102-54019** | | | | **Revolving credit** | | | | |
| **American Express**<br>**P.O. Box 3600001**<br>**FT. LAUDERDALE, FL 33336** | | H | | | | | | **4,016.25** |
| Account No. | | | | **Debt of Pedian, Inc.** | | | | |
| **American Express**<br>**P.O. Box 360002**<br>**FT. LAUDERDALE, FL 33336** | | J | | | | | | **Unknown** |
| Account No. | | | | **Debt of Pedian, Inc.** | | | | |
| **American International**<br>**850 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | | J | | | | | | **2,958.04** |
| Account No. | | | | **Debt of Pedian, Inc.** | | | | |
| **American Olean Midwest**<br>**805 Mark Street**<br>**Elk Grove Village, IL 60007** | | J | | | | | | **1,524.18** |
| Account No. | | | | **Debt of Pedian, Inc.** | | | | |
| **Ameritech Credit Corp.**<br>**13160 Collections Dr.**<br>**Chicago, IL 60693** | | J | | | | | | **1,602.95** |

Sheet no. __**3**___ of __**68**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,101.42**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Amin Co. Inc. 100 Park Plaza Dr. Ste. 305-S Secaucus, NJ 07094 | | J | | | | | | 104.40 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Ample Supply Company 11914 Oak Creek Pkwy Huntley, IL 60142 | | J | | | | | | 48.06 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Andrea Burridge 611 S. County Line Rd. Hinsdale, IL 60521 | | J | | | | | | 784.70 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Ann Buckley 27 S. Bruner Hinsdale, IL 60521 | | J | | | | | | 27.46 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Ann Kohout 716 S. Vine Street Hinsdale, IL 60521 | | J | | | | | | 176.92 |

Sheet no. __4__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   1,141.54

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**                                      Case No. _____
        **Julie L Dillon**

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Anthony J. Kirk, CPA<br>719 S. State St. #400<br>Chicago, IL 60605** | | | J | | Debt of Pedian, Inc. | | | | 1,750.00 |
| Account No.<br><br>**Antrim Carpets USA Ltd.<br>306 Camer Drive<br>Bensalem, PA 19020** | | | J | | Debt of Pedian, Inc. | | | | 3,487.87 |
| Account No.<br><br>**Apostrophe Design Inc.<br>401 Highgrove Blvd.<br>Glendale Heights, IL 60139** | | | J | | Debt of Pedian, Inc. | | | | 240.00 |
| Account No.<br><br>**Aramark Uniform Services<br>2334 S. Michigan Ave.<br>Suite 602<br>Chicago, IL 60610** | | | J | | Debt of Pedian Inc. | | | | 539.82 |
| Account No.<br><br>**Artists Concepts<br>23 Indian Hill Rd.<br>Winnetka, IL 60093** | | | J | | Debt of Pedian, Inc. | | | | 918.08 |

Sheet no. __5__ of __68__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        6,935.77

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **ASMARA** **88 Black Falcon Ave.** **Boston, MA 02210** | | | J | | | | | | 8,529.58 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Atiyeh International Ltd.** **P.O. Box 3040** **Newberg, OR 97132** | | | J | | | | | | 1,280.64 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Atlas Lift Truck Rental Inc.** **5050 N. River Road** **Schiller Park, IL 60176** | | | J | | | | | | 700.53 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Aura International, Inc.** **1501 Turtle Creek Blvd.** **Dallas, TX 75207** | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Avalon Carpets** **P.O. Box 1627** **Calhoun, GA 30703** | | | J | | | | | | Unknown |

Sheet no. __6__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,510.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
        **Julie L Dillon,**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Axminster Carpets Ltd.** **150 East 55th St.** **New York, NY 10022** | | | J | | | | | | 3,350.59 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **B & F Coffee Service** **3535 Commercial Avenue** **Northbrook, IL 60062** | | | J | | | | | | 49.35 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Barbara Mulvihill** **1121 Oak Spring Lane** **Libertyville, IL 60048** | | | J | | | | | | 616.00 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Barbara Todd** **1135 Douglas Ave.** **Flossmoor, IL 60422** | | | J | | | | | | 89.40 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Barbara Worsek** **180 N. LaSalle St.** **Ste 3000** **Chicago, IL 60601-2502** | | | J | | | | | | 1,400.00 |

Sheet no. **7** of **68** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,505.34**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
       **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Pedian, Inc. | | | | |
| Bearcat Leasing Corp. 188 Industrial Drive Elmhurst, IL 60126 | | J | | | | | 622.17 |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| Beaulieu Residential Dept AT 40208 Atlanta, GA 31192 | | J | | | | | 22.50 |
| Account No. | | | Debt of Pedian Inc. | | | | |
| Bellbridge Carpet 5401 Industrial Way Benicia, CA 94510 | | J | | | | | Unknown |
| Account No. | | | Debt of Pedian Inc. | | | | |
| Belmondo Tile 129 Seegers Ave. Elk Grove Village, IL 60007 | | J | | | | | 1,302.51 |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| Belstone & Tile 1439 W. Hubbard St. Chicago, IL 60602 | | J | | | | | 3,977.89 |

Sheet no. __8__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,925.07

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Pedian Inc. | | | | |
| **Bennytex, Inc.** **14401 S. Main Street** **Gardena, CA 90248** | | J | | | | | 598.49 |
| Account No. **7021-2701-2039-9398** | | | | | | | |
| **Best Buy** **1000 W. North Ave** **Chicago, IL 60622** | | J | | | | | 809.33 |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Best Neon Sign Company** **6025 S. New England** **Chicago, IL 60638** | | J | | | | | 240.00 |
| Account No. | | | Debt of Pedian Inc. | | | | |
| **Best View International** **930 Woodlands** **Vernon Hills, IL 60061** | | J | | | | | 247.50 |
| Account No. | | | Debt of Pedian Inc. | | | | |
| **Big D of Tucson** **P.O. Box 5564** **Tucson, AZ 85703** | | J | | | | | 654.02 |

Sheet no. __9__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,549.34

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**                                                Case No. _____

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **BlackHawk Heating & Air Cond.** **1523 Laurie Lane** **Hanover Park, IL 60133** | | | J | | | | | | 96.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Bloomsburg Carpets Ind. Inc.** **P.O. Box 642167** **Pittsburgh, PA 15264-2167** | | | J | | | | | | 10,267.31 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Blue Cross Blue Shield of IL** **P.O. Box 1186** **Chicago, IL 60690** | | | J | | | | | | 23,881.03 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Blue Ridge Industries** **1546 Progress Road** **P.O. Box 507** **Ellijay, GA 30540** | | | J | | | | | | 204.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **C & R Automotive & Towing Inc.** **6000 Oakton Street** **Morton Grove, IL 60053** | | | J | | | | | | 1,871.35 |

Sheet no. __10__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    36,319.69

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon,**                                              Case No. _____

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**C & W Flooring Inc.**<br>**P.O. Box 807**<br>**Monee, IL 60449** | | J | **Debt of Pedian, Inc** | | | | 626.94 |
| Account No.<br><br>**C&R Automotive**<br>**400 West Lake Street, Suite 111**<br>**Roselle, IL 60172-0849** | | J | **Debt of Pedian, Inc.** | | | | 1,871.35 |
| Account No.<br><br>**Capel Inc.**<br>**P.O. Box 747**<br>**Troy, NC 27371** | | J | **Debt of Pedian, Inc.** | | | | 896.34 |
| Account No.<br><br>**Caravelle Distributing Co.**<br>**P.O. Box 25**<br>**Elk Grove Village, IL 60009** | | J | **Debt of Pedian, Inc.** | | | | 267.50 |
| Account No.<br><br>**Caroll, Hartigan & Cerney**<br>**30 North LaSalle Street, Suite 1200**<br>**Chicago, IL 60602** | | J | **Legal Fees** | | | | 22,000.00 |

Sheet no. __11__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,662.13

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon,**
                                                  ,
                              Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Carousel Carpet Mills, Inc.** **1 Carousel Lane** **Ukiah, CA 95482** | | | J | | | | | | 16,960.41 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Carpet Cushion** **120 Tubeway Drive** **Carol Stream, IL 60188** | | | J | | | | | | 2,391.16 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Carpet Cushions & Supply** **3423 N. Drake** **Chicago, IL 60618** | | | J | | | | | | 2,391.16 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Central States Pension Fund** **Dept. 10291** **Arlington Heights, IL 60005** | | | J | | | | | | 74.00 |
| Account No. **4388-5230-1617-3879** | | | J | | | | | | |
| **Chase Bank** **P.O. Box 15298** **Wilmington, DE 19850-5298** | | | | | | | | | 14,182.12 |
| Sheet no. __**12**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 35,998.85 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**                                                      Case No. _____
      **Julie L Dillon,**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5369-9003-3184-8155**<br><br>**Chase Bank**<br>**P.O. Box 15153**<br>**Wilmington, DE 19850-5153** | | J | | | | | | | **2,799.67** |
| Account No. **4388-5760-1330-9292**<br><br>**Chase Bank**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | J | | | | | | | **125.59** |
| Account No. **4246-3112-7506-9760**<br><br>**Chase Bank**<br>**P.O. Box 15153**<br>**Wilmington, DE 19850-5153** | | H | | | | | | | **5,118.07** |
| Account No.<br><br>**Chase Card Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | J | | | Debt of Pedian Inc. | | | | **Unknown** |
| Account No.<br><br>**Chicago Home and Garden Publication**<br>**810 S. Waukegan Rd.**<br>**Lake Forest, IL 60045** | | J | | | Debt of Pedian, Inc. | | | | **7,180.00** |

Sheet no. __**13**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,223.33**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
**Julie L Dillon**                                                                    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Chicago Magazine** **P.O. Box 803884** **Chicago, IL 60680** | | | J | | | | | | **7,710.00** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Chicago Sun Times** **P.O. Box 1003** **Tinley Park, IL 60477** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Chilewich LLC2226.10** **31 E. 28th St.** **New York, NY 10016** | | | J | | | | | | **0.00** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **CINTAS # 22** **1025 National Pkwy.** **Schaumburg, IL 60173** | | | J | | | | | | **462.62** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Citi Cards** **P.O. Box 6000** **The Lakes, NV 89163** | | | J | | | | | | **5,420.18** |

Sheet no. __**14**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,592.80**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
　　　　**Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **546616019263-8102** | | | | | | | | |
| **Citibank** **P.O. Box 688914** **Des Moines, IA 50368-8914** | | **J** | | | | | | 14,789.99 |
| Account No. **5424-1804-3751-2897** | | | | | | | | |
| **Citibank** **P.O. Box 688914** **Des Moines, IA 50368-8914** | | **J** | | | | | | 1,375.28 |
| Account No. **5424-1804-3378-2221** | | | | | | | | |
| **Citibank** **P.O. Box 688914** **Des Moines, IA 50368-8914** | | **J** | | | | | | 840.04 |
| Account No. **6032-5902-9690-0367** | | **W** | | **Eddie Z's Blinds** | | | | 4,514.18 |
| **Citifinancial Retail Services** **P.O. Box 183041** **Columbus, OH 43218** | | | | | | | | |
| Account No. | | **J** | | **Debt of Pedian, Inc** | | | | **Unknown** |
| **Clear Channel** **111 W. Washington, Suite 737** **Chicago, IL 60602** | | | | | | | | |

Sheet no. __**15**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,519.49

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon,**
                                          Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Cole Taylor Bank<br>P.O. Box 88481<br>Chicago, IL 60680** | | | J | | **Debt of Pedian, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Colette Rinn<br>4119 Franklin<br>Western Springs, IL 60558** | | | J | | **Debt of Pedian, Inc.** | | | | **122.88** |
| Account No.<br><br>**Colourhouse<br>Accounts Receivable<br>185 Rus Drive<br>Calhoun, GA 30701** | | | J | | **Debt of Pedian, Inc.** | | | | **2,393.03** |
| Account No.<br><br>**Com Ed<br>Bill Payment Center<br>Chicago, IL 60668** | | | J | | **Debt of Pedian, Inc.** | | | | **276.66** |
| Account No.<br><br>**Comcast<br>P.O. Box 173885<br>Denver, CO 80217** | | | J | | **Debt of Pedian, Inc.** | | | | **Unknown** |

Sheet no. __**16**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,792.57**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
      **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Commercial Paper** **P.O. Box 3671** **Champlain, NY 12919-3671** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Compu Electronics** **6512 N. Lincoln Avenue** **Lincolnwood, IL 60712** | | | J | | | | | | **593.75** |
| Account No. | | | | | Debt of Pedian, Inc | | | | |
| **ConChem Co., Inc.** **400 North Ashland Ave.** **Chicago, IL 60622-6382** | | | J | | | | | | **47.32** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Continental Creative Sales** **9-11 Caesar Place** **Moonachie, NJ 07074** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Couristan Inc.** **P.O. Box 19494** **Newark, NJ 07195** | | | J | | | | | | **18,572.98** |

Sheet no. __**17**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,214.05**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
       **Julie L Dillon**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc | | | | |
| **CR Congress LLC** **P.O. Box 315** **Itasca, IL 60143** | | | J | | | | | | 25,080.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Crafty Beaver Home Ctrs** **25 Northwest Point Blvd., #750** **Elk Grove Village, IL 60007** | | | J | | | | | | 200.43 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Crafty Beaver Home Ctrs.** **4810 W. Oakton St.** **Skokie, IL 60077** | | | J | | | | | | 200.43 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Culligan Water-Wheeling** **Suite B** **375 W. South Frontage Rd.** **Bolingbrook, IL 60440** | | | J | | | | | | 56.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Custom Carpet Mfg & Dist. Inc.** **1001 Arthur Ave.** **Elk Grove Village, IL 60007** | | | J | | | | | | 342.50 |

Sheet no. __18__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,879.36

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**                                        Case No. _____
         **Julie L Dillon,**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Cynthia Wilson** **363 Hillcrest** **Fontana, WI 53125** | | J | | | | | | 93.94 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **D & D Office Machines Inc.** **940 W. Lake Street** **Roselle, IL 60172** | | J | | | | | | 1,793.54 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **D.W. Interiors** **414 Center** **Grayslake, IL 60030** | | J | | | | | | 33.94 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Dal Tile Company** **1501 Estes Ave.** **Elk Grove Village, IL 60007** | | J | | | | | | 187.84 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Dal-Tile** **P.O. Box 33127** **Louisville, KY 40232-3127** | | J | | | | | | 187.84 |

Sheet no. __19__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,297.10

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**                           Case No. _____
         **Julie L Dillon**

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Damar Natural Stone** **750 Anthony Trail** **Northbrook, IL 60062** | | J | | | | | **1,647.17** |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Dann Dee Display Fixtures** **7555 N. Caldwell Ave.** **Niles, IL 60714-3807** | | J | | | | | **Unknown** |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Darl Grooters** **8400 W. Hillside** **Palos Park, IL 60464** | | J | | | | | **2,294.50** |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Deborah Rogers Design** **2846 W. North Ave.** **Chicago, IL 60657** | | J | | | | | **169.92** |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Decorative Carpets, Inc.** **8900 Melrose Ave.** **West Hollywood, CA 90069** | | J | | | | | **Unknown** |

Sheet no. __**20**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,111.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
      **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Decorative Carpets, Inc.** **8900 Melrose Ave.** **West Hollywood, CA 90069** | | J | | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Delios Inc.** **120 N. Industrial Blvd.** **Calhoun, GA 30701** | | J | | | | | | **60.00** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Delos, Inc.** **P.O. Box 888483** **Atlanta, GA 30356** | | J | | | | | | **163.00** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Delta Dental Plan of Illinois** **801 Ogden Ave.** **Lisle, IL 60532** | | J | | | | | | **1,138.19** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Design Materials Inc.** **241 S. 55th St.** **Kansas City, KS 66106** | | J | | | | | | **3,907.48** |

Sheet no. __21__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,268.67**

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon**                               Case No. _____

                                       Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Designer Flooring, Inc.** **4424 Euclid Ave # 1B** **Rolling Meadows, IL 60008** | | | J | | | | | | **4,464.00** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Desso (USA) Inc.** **387 Strathmore Drive** **Bryn Mawr, PA 19010** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Durham Flooring Inc.** **511 Parnell** **Chicago Heights, IL 60411** | | | J | | | | | | **1,680.00** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Ebel Gentile Interiors Inc.** **1305 Remington Rd.** **Schaumburg, IL 60173** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Eileen Hare** **5728 Giddings** **Hinsdale, IL 60521** | | | J | | | | | | **373.82** |

Sheet no. __22__ of __68__ sheets attached to Schedule of                    Subtotal       | **6,517.82**
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
        **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **EK Interiors Ltd. 1100 Princeton Highland Park, IL 60035** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Elaine Davis 324 S. Lincoln St. Hinsdale, IL 60521-4008** | | | J | | | | | | **100.65** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Emma Gardner Design LLC P.O. Box 1807 Litchfield, CT 06759** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Eraco International 216 Britannia Road East Mississauga, L4Z Ontario, Canada** | | | J | | | | | | **3,884.75** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Eraco International 600 South 7th Street Louisville, KY 40201** | | | J | | | | | | **Unknown** |

Sheet no. __23__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,985.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Erickson's Flooring & Sply Co. Dept. 78040 P.O. Box 78000 Detroit, MI 48278 | | | J | | | | | | 819.07 |
| Account No. | | | | | Debt of Pedian | | | | |
| Everest Indemnity 1138 Elm Street, P.O. Box 179 Manchester, NH 03101 | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Evergreen Labs Inc. P.O. Box 2609 Walla Walla, WA 99362 | | | J | | | | | | 121.16 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Expanko Cork Company, Inc 3135 Lower Valley Road Parkesburg, PA 19365 | | | J | | | | | | 1,711.58 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| F. Schumacher & Company P.O. Box 931887 Atlanta, GA 31193-1887 | | | J | | | | | | 5,983.12 |

Sheet no. __24__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,634.93

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**                                          Case No. _____
       **Julie L Dillon**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Fabrica International** **P.O. Box 25136** **Santa Ana, CA 92799** | | | J | | | | | | 15,548.28 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **FEDEX** **P.O. Box 94515** **Palatine, IL 60094** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Fibreworks Corp.** **2417 Data Drive** **Louisville, KY 40299** | | | J | | | | | | 810.55 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Fine Details** **P.O. Box 11119** **Chicago, IL 60611** | | | J | | | | | | 1,260.48 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Fire & Security Systems, Inc.** **724 E. Kensington Road** **Arlington Heights, IL 60004** | | | J | | | | | | **90.00** |

Sheet no. __25__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **17,709.31**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
　　　　**Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **First Grade Hardware** **P.O. Box 8510** **Metairie, LA 70011-8510** | | | J | | | | | | **5,226.23** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **First Grade Hardwood Supplies** **15811 Annico Drive, Suite 1** **Homer Glen, IL 60491** | | | J | | | | | | **5,226.23** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **First Union Bank** **PO Box 8500-5440** **Philadelphia, PA 19178** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Flor Star Sales, Inc.** **2780 Payspher Circle** **Chicago, IL 60674** | | | J | | | | | | **4,684.19** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Fortune Contract, Inc.** **P.O. Box 2287** **Dalton, GA 30722-2287** | | | J | | | | | | **459.80** |

Sheet no. __26__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,596.45**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Franklin Associates 645 N. Michigan avenue ste 500 Chicago, IL 60611 | | J | | | | | | | 6,646.54 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| French Accents, Inc. 36 East 31st Street Ground Floor New York, NY 10016 | | J | | | | | | | 2,666.67 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Fritz Industries Inc. 18757 Burbank Blvd Suite 300 Tarzana, CA 91356 | | J | | | | | | | 7,748.42 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Fritz Industries, Inc. P.O. Drawer 170040 Dallas, TX 75217 | | J | | | | | | | 7,748.72 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Full Fashion Fringe Co. P.O. Box 173 East Freetown, MA 02717 | | J | | | | | | | 141.37 |

Sheet no. __27__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,951.72

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**G K Carpet Ltd.**<br>**5704 Riverview Drive**<br>**Lisle, IL 60532** | | | J | | Debt of Pedian, Inc. | | | | **2,148.75** |
| Account No.<br><br>**G&G Installation**<br>**220 Brook Court**<br>**Bolingbrook**<br>**Bolingbrook, IL 60440** | | | J | | Debt of Pedian, Inc. | | | | **Unknown** |
| Account No.<br><br>**G. Benjamin Woodworking, Inc.**<br>**1010 A Trakk Lane**<br>**Woodstock, IL 60098** | | | J | | Debt of Pedian, Inc. | | | | **Unknown** |
| Account No.<br><br>**G.S. Floor Designs, Inc.**<br>**855 University Drive**<br>**Arlington Heights, IL 60004** | | | J | | Debt of Pedian, Inc. | | | | **Unknown** |
| Account No.<br><br>**GAFCO**<br>**205 W. Wacker Drive**<br>**Ste. 322**<br>**Chicago, IL 60606** | | | J | | Debt of Pedian, Inc. | | | | **Unknown** |

Sheet no. __28__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,148.75**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
**Julie L Dillon,**
_____ ,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Gainey Ceramic Tile** **1200 Arrow Highway** **La Verne, CA 91750** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **GAM Carpets** **7950 Driscoll Ave.** **Van Nuys, CA 91406** | | | J | | | | | | **Unknown** |
| Account No. **6030-0902-0823-0633** | | | | | Tweeter | | | | |
| **GE Money Bank** **P.O. Box 960061** **Orlando, FL 32896** | | H | | | | | | | **907.35** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Gerri Wiley Design Group, Inc.** **911 Greenbay Rd.** **Winnetka, IL 60093** | | | J | | | | | | **1,124.38** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Glen Eden Wool Carpet** **430 Union Grove Rd.** **Calhoun, GA 30701** | | | J | | | | | | **364.45** |

Sheet no. __**29**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,396.18**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**

Case No. _____

_____,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **GMAC Commercial Credit LLC Lock Box 105657 Atlanta, GA 30348** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **GMAC Commercial Credit LLC PO Box 105657 Atlanta, GA 30348** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Godfrey Hirst USA Inc. 1000 Holcomb Woods Parkway Suite 118-B Roswell, GA 30076** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Golden Knots 9144 Terminal Ave. Skokie, IL** | | | J | | | | | | **807.84** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Granite America 1310 Maybrook Square Maywood, IL 60153** | | | J | | | | | | **258.90** |

Sheet no. __**30**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,066.74**

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**                                                  Case No. _____

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Granite Dezigns of Illinois**<br>**3001 Kilbourn**<br>**Chicago, IL 60623** | | | J | | Debt of Pedian, Inc. | | | | **7,167.80** |
| Account No. **2006 M1 107857**<br><br>**GREAT AMERICAN FINANCE**<br>**c/o GARFIELD ALAN H HEREL**<br>**223 W JACKSON BLVD #1010**<br>**Chicago, IL 60606** | | | J | | BUSINESS CONTRACT | | | | **7,388.34** |
| Account No.<br><br>**Greater Bay Capital**<br>**Accounts Receivable**<br>**100 Tri-State Int'l ste. 140**<br>**Lincolnshire, IL 60069** | | | J | | Debt of Pedian, Inc. | | | | **319.17** |
| Account No.<br><br>**GROOT Recycling & Waste**<br>**2500 Landmeier Road**<br>**Elk Grove Village, IL 60007** | | | J | | Debt of Pedian, Inc. | | | | **2,899.73** |
| Account No.<br><br>**H.M. Nabavian & Sons, Inc.**<br>**11 West 30th Street**<br>**Ground Floor**<br>**New York, NY 10001** | | | J | | Debt of Pedian, Inc. | | | | **312.50** |

Sheet no. __31__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **18,087.54**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
       **Julie L Dillon,**                                        Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5490-9994-2145-5451** | | | | | | | | | |
| **Harris Bank** **P.O. Box 15289** **Wilmington, DE 19886-5289** | | | J | | | | | | **5,203.27** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Hatmakers Associates** **National & International** **1156 U.S. Hwy. 1** **Vero Beach, FL 32962** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Hawkinson Tile** **149 Seegers Ave.** **Elk Grove Village, IL** | | | J | | | | | | **12.30** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Hay Mac Tech.** **11 Lions Drive, Suite 206** **Barrington, IL 60010** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Hey Mac Technologies, Ltd.** **422 Hampton Terrace** **Libertyville, IL 60048** | | | J | | | | | | **1,099.60** |

Sheet no. __**32**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,315.17**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **High Ridge Partners 140 S. Dearborn- ste 820 Chicago, IL 60603** | | | J | | | | | | **Unknown** |
| Account No. **Hinckley Spring Water Co. P.O. Box 1888 Bedford Park, IL 60499** | | | J | | Debt of Pedian, Inc. | | | | **46.16** |
| Account No. **Home Depot Credit Services P.O. Box 6031 The Lakes, NV 88901** | | | J | | Debt of Pedian, Inc. | | | | **20.00** |
| Account No. **HVA Bros, Inc. P.O. Box 1196 Barrington, IL 60011** | | | J | | Debt of Pedian Inc. | | | | **Unknown** |
| Account No. 2005 L 012591 **HVA LTD c/o SCHOENBERG FISHER & NEWMAN 222 S RIVERSIDE PLAZA Chicago, IL 60606** | X | H | | | 11/3/05 **CONTRACT ACTION AGAINST BUSINESS** | | | X | **594,031.00** |

Sheet no. __33__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**594,097.16**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Ice Mountain Spring Water Co. P.O. Box 52214 Phoenix, AZ 85072 | | | J | | | | | | 13.07 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| IGM Corp. 2038 83rd Street P.O. Box 3 North Bergen, NJ 07047 | | | J | | | | | | 2,298.05 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Imaging Supply & Distribution 16209 Victory Blvd # 181 Van Nuys, CA 91406 | | | J | | | | | | 328.36 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Int'l Brotherhood Local 705 1645 W. Jackson Blvd. Chicago, IL 60612 | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Interiors by Ronnell, Ltd. 4615 Wolf Road Western Springs, IL 60558 | | | J | | | | | | 321.21 |

Sheet no. __34__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,960.69

Form B6F - Cont.
(10/05)

In re **Timothy C Dillon,**
     **Julie L Dillon,**

Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **International Floors** **4836 Brecksville Rd.** **Richfield, OH 44286** | | | J | | | | | | 44,286.00 |
| Account No. | | | | | Debt of Pedian | | | | |
| **International Flr.s of America** **1701 Mars Hill Road** **Florence, AL 35630** | | | J | | | | | | 549.74 |
| Account No. 2006 M1 111819 | | | | | BUSINESS CONTRACT | | | | |
| **INTERNATIONAL GRAN** **c/o TELLER LEVIT SILVERTRUST** **11 E ADAMS ST, 8TH FLOOR** **Chicago, IL 60603** | | H | | | | | | X | 3,141.10 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Island Stone USA** **P.O. Box 400** **Capitola, CA 95010** | | | J | | | | | | 3,545.53 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Ivan Chavez** **4204 N. Franscisco** **Chicago, IL 60618** | | | J | | | | | | 5,451.25 |

Sheet no. __35__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,973.62

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **33803915** <br><br> **Jaguar Credit** <br> **P.O. Box 55000** <br> **Dept. 194501** <br> **Detroit, MI 48255** | | H | | | | | | | **435.16** |
| Account No. <br><br> **Janet Sheppard** <br> **401 E. Ontario St. #4102** <br> **Chicago, IL 60610** | | | J | | **Debt of Pedian, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Jean Addante-Deco** <br> **424 Talcott Place** <br> **Park Ridge, IL 60068** | | | J | | **Debt of Pedian, Inc.** | | | | **245.00** |
| Account No. <br><br> **Jody Tate** <br> **730 S. Monroe Street** <br> **Hinsdale, IL 60521** | | | J | | **Debt of Pedian, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Jon-Don Products, Inc.** <br> **37302 Eagle Way** <br> **Chicago, IL 60678** | | | J | | **Debt of Pedian, Inc.** | | | | **1,737.99** |

Sheet no. __**36**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,418.15**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
       **Julie L Dillon**                                          Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Joy Carpets, Inc.** **P.O. Box 5379** **Fort Oglethorpe, GA 30742** | | | J | | | | | | 238.44 |
| Account No. | | | | | Debt of Pedian, Inc | | | | |
| **Joyce Paul** **9807 S. Ingleside** **Chicago, IL 60628** | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **JRC Investments, LLC** **Two Mid America Plaza** **ste. 722** **Villa Park, IL 60181** | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **JSL Carpet Corp.** **150 East 58th Street** **New York, NY 10155** | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Keek Studio Inc.** **21000 Andover Rd.** **Lake Zurich, IL 60047** | | | J | | | | | | 2,919.15 |

Sheet no. __37__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  3,157.59

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
      **Julie L Dillon,**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Kentucky Wood Floors, Inc.** **P.O. Box 33276** **Louisville, KY 40232** | | J | | | | | | **179.27** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Lake Shore Waste Services LLC** **4808 W. Wilson Ave.** **Chicago, IL 60630** | | J | | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Lamontage** **MGK Group Inc.** **210 Eleventh Ave. 7th Floor** **New York, NY 10001** | | J | | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Langehorne Carpet Company** **P.O. Box 7175** **Langhorne, PA 19047** | | J | | | | | | **44.95** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Legett & Platt** **155 Enterprise Dr.** **Wentzville, MO 63385** | | J | | | | | | **Unknown** |

Sheet no. __38__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**224.22**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Leggett & Platt Financial Serv.** **US Bank** **P.O. Box 952092** **Saint Louis, MO 63195** | | J | | | | | **2,577.60** |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Lin-Mar Motors** **7860 N. Lehigh Ave.** **Morton Grove, IL 60053** | | J | | | | | **2,136.79** |
| Account No. | | | Debt of Pedian Inc. | | | | |
| **Local 705IBT Pension Fund** **1645 W. Jackson Blvd.** **Chicago, IL 60612** | | J | | | | | **Unknown** |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Local 743 Empl** **4620 S. Tripp Ave.** **Chicago, IL 60632** | | J | | | | | **50.00** |
| Account No. | | | Debt of Pedian, Inc. | | | | |
| **Loom's Creations Inc.** **280 A HWY 18 North** **East Brunswick, NJ 08816** | | J | | | | | **9,998.44** |

Sheet no. __**39**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,762.83**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9465-506-11** | | | | | | | |
| **Lord & Taylor** **P.O. Box 406** **Lorain, OH 44055** | | W | | | | | **64.87** |
| Account No. | | J | Debt of Pedian, Inc | | | | |
| **Luzern Limited** **2900 East 49th Street** **Chattanooga, TN 37404** | | | | | | | **Unknown** |
| Account No. | | J | Debt of Pedian | | | | |
| **Mack's Leather & Fur Products** **P.O. Box 25678** **Chattanooga, TN 37422** | | | | | | | **917.00** |
| Account No. **3-671-459-918** | | W | | | | | |
| **Marshall Fields** **P.O. Box 94578** **Cleveland, OH 44101** | | | | | | | **1,455.24** |
| Account No. | | J | Debt of Pedian, Inc. | | | | |
| **MARTIAL** **18 W. Chestnut-1 N** **Chicago, IL 60610** | | | | | | | **219.11** |

Sheet no. **40** of **68** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,656.22**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Masland Carpets Inc.** **P.O. Box 538227** **Atlanta, GA 30353** | | | J | | | | | | 17,162.92 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Matt Camron Rug & Tapestries** **25900 Greenfield Rd. Ste 318** **Oak Park, MI 48237** | | | J | | | | | | 4,880.91 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Matt Erhardt** **1250 W. Augusta** **Chicago, IL 60622** | | | J | | | | | | 150.00 |
| Account No. | | | | | | | | | |
| **Matthew J. & Elizabeth H. Connelly** **1108 W. Albion** **Chicago, IL 60626** | | | J | | | | | X | Unknown |
| Account No. **5200-0120-2438-4184** | | | | | | | | | |
| **MBNA** **P.O. Box 15288** **Wilmington, DE 19886-5288** | | | J | | | | | | 1,861.77 |

Sheet no. __41__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,055.60

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **749-71077-079-658** | | | | | | | | |
| **MBNA** **P.O. Box 15288** **Wilmington, DE 19886-5288** | | J | | | | | | **16,618.54** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **McKee Floor Covering Inc.** **2785 Highway 55** **P.O. Box 21009** **Saint Paul, MN 55121** | | J | | | | | | **147.69** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Measure Comp** **25900 Greenfield Rd. ste. 318** **Oak Park, MI 48237** | | J | | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Mega Industries, Inc.** **641 E. Callahan Rd.** **P.O. Box 2243** **Dalton, GA 30722** | | J | | | | | | **158.41** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Merchandise Mart Rent Acct.** **7186 Collection Center Drive** **Chicago, IL 60693** | | J | | | | | | **36,802.78** |

Sheet no. __**42**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**53,727.42**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

5/19/06 3:24PM

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Merida Meridian Inc.** **P.O. Box 1071** **Syracuse, NY 13201** | | | J | | | | | | 2,032.51 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Merle B. Smith Co. Inc.** **161 Tower Dr. Unit B** **Hinsdale, IL 60521-5776** | | | J | | | | | | 1,375.17 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Michael Mckenna** **1141 Venetian** **Naperville, IL 60540** | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Michelle Hearn** **47 D W 15th** **Chicago, IL 60605** | | | J | | | | | | 175.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Mid America Solutions LLC** **6351 W. Montrose Ave #244** **Chicago, IL 60634** | | | J | | | | | | 318.80 |

Sheet no. __43__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,901.48

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
        **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Middle East Rug Corp.**<br>**100 Park Plaza Drive**<br>**Harmon Meadow**<br>**Secaucus, NJ 07094** | | | J | | **Debt of Pedian, Inc.** | | | | 179.64 |
| Account No.<br><br>**Midland Funding, LLC**<br>**c/o Blatt Hasenmiller et al.**<br>**125 S. Wacker Dr. Ste 400**<br>**Chicago, IL 60606-9609** | | H | | | **Volvo Finance North America, Inc. was original creditor** | | | | 1,473.44 |
| Account No.<br><br>**Milliken & Company**<br>**P.O. Box 100503**<br>**Atlanta, GA 30384** | | | J | | **Debt of Pedian Inc.** | | | | 1,437.37 |
| Account No.<br><br>**Misco-Shawnee, Inc.**<br>**P.O. Box 78068**<br>**Saint Louis, MO 63178-8068** | | | J | | **Debt of Pedian, Inc.** | | | | Unknown |
| Account No.<br><br>**Modern Post Card**<br>**1675 Faraday Ave.**<br>**Carlsbad, CA 92008** | | | J | | **Debt of Pedian Inc.** | | | | 3,221.00 |

Sheet no. __44__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,311.45

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
      **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Mohawk Carpet Corp.** **P.O. Box 91157** **Chicago, IL 60693-1157** | | | J | | | | | | **16,925.18** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Mohawk Factoring Inc.** **P.O. Box 99312** **Chicago, IL 60693-9312** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Mohawk Factoring Inc.** **P.O. Box 91157** **Chicago, IL 60693-1157** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Mohawk Factoring Inc.** **P.O. Box 99312** **Chicago, IL 60693** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Monroe Guaranty Ins. Co.** **FCCI/ Attn: Direct Bill** **12800 N Meridian St., Suite 100** **Carmel, IN 46032** | | | J | | | | | | **Unknown** |

Sheet no. __**45**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,925.18**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
        **Julie L Dillon**                                                    Case No. _____

_____,
                                Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Moren Oriental Rugs** **639 Passaic Ave.** **Nutley, NJ 07110** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Morton Grove Police Dept.** **6101 Capulina Ave.** **Morton Grove, IL 60053** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Mowhawk Factoring, Inc.** **P.O. Box 99312** **Chicago, IL 60693** | | | J | | | | | | **16,925.18** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Mulcahy, Pauritsch, Salavdor Co.** **9661 W. 143rd** **Orland Park, IL 60462** | | | J | | | | | | **26,686.50** |
| Account No. 2005 M5 1366 | | | | | BUSINESS DEBT | | | | |
| **MULCAHY, PAURITSCH, SALVADOR** **& CO** **c/o TIMOTHY SNUDER** **120 E. OGDEN AVE., STE 17B** **Hinsdale, IL 60521** | X | H | | | | | | X | **29,153.72** |

Sheet no. __46__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,765.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **N-C Carpet Binding & Equip.** **3850 N. Causeway Blvd.** **Suite 200** **Metairie, LA 70002** | | J | | | | | | 743.38 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Nancy Crown** **185 Olive St.** **Elmhurst, IL 60126** | | J | | | | | | 437.70 |
| Account No. 01 L 10546 | | | | BUSINESS CONTRACT | | | | |
| **NARENDRA ACHARYA & CINDY HUANG** **c/o JOHN P. QUALL** **542 S DEARBORN ST., STE 1060** **Chicago, IL 60605** | | J | | | | | X | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Nargizian Rug Co.** **100 Park Plaza Dr.** **Secaucus, NJ 07094** | | J | | | | | | 913.94 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **National Business Supplies** **P.O. Box 55660** **Trenton, NJ 08638** | | J | | | | | | 152.00 |

Sheet no. __47__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,247.02**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
        **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **National Business Supplies** P.O. Box 55650 Trenton, NJ 08638 | | | J | | | | | | 152.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **NC Carpet Binding & Equip** 858 Summer Ave. Newark, NJ 07104 | | | J | | | | | | 743.38 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **New Frango Belge** Attn: Mr. Gary Givin 767 Lexington Ave. New York, NY 10021 | | | J | | | | | | 3,592.03 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Nextel Communications** P.O. Box 17990 Denver, CO 80217 | | | J | | | | | | 1,148.01 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Nextel Communications** P.O. Box 2667 Houston, TX 77252 | | | J | | | | | | 1,148.01 |

Sheet no. __**48**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,783.43

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**                                              Case No. _____
_____,
                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Nick & Ernie's Inc.** **8015 N. Lawndale** **Skokie, IL 60076** | | | J | | | | | | 300.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Nicor Gas** **P.O. Box 190** **Aurora, IL 60507** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Niles Color Center, Inc.** **7652 N. Milwaukee** **Niles, IL 60714** | | | J | | | | | | 39.98 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **NooNoo Rug Co. Inc.** **100 Park Plaza Dr.** **Union City, NJ 07087** | | | J | | | | | | 2,819.50 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Nordic Marketing** **5302 Payshpere Circle** **Chicago, IL 60674** | | | J | | | | | | **Unknown** |

Sheet no. __**49**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                3,159.48

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon,**

Case No. _____

                                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Noreen Seabrook Marketing Inc.**<br>**7545 N. Broadway Ste 1**<br>**Red Hook, NY 12571** | | | J | | | | | | 238.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Nourison & Sons, Inc.**<br>**5 Sampson Street**<br>**Saddle Brook, NJ 07663** | | | J | | | | | | 12,938.50 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Novo Print USA Inc.**<br>**1845 N. Farwell Avec ste 210**<br>**Milwaukee, WI 53202** | | | J | | | | | | 650.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Onyx Waste Services Inc.**<br>**4612 W. Lake Street**<br>**Melrose Park, IL 60160** | | | J | | | | | | 427.89 |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **ORI Electrical Contractors Inc.**<br>**720 Alice Drive**<br>**Northbrook, IL 60062** | | | J | | | | | | 375.00 |

Sheet no. __50__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,629.39

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon,**
                                      Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paldo Sign Co.**<br>**8110 W. Grand Ave.**<br>**River Grove, IL 60171** | | | J | | **Debt of Pedian, Inc.** | | | | 1,880.00 |
| Account No.<br><br>**Parks Plumbing & Sewer, Inc.**<br>**8121 N. Lawndale**<br>**Skokie, IL 60076** | | | J | | **Debt of Pedian, Inc.** | | | | 750.00 |
| Account No.<br><br>**Patmar Janitorial Service**<br>**655 Joseph Street**<br>**Lake In The Hills, IL 60156** | | | J | | **Debt of Pedian, Inc.** | | | | 2,110.00 |
| Account No.<br><br>**Patmar Janitorial Services**<br>**664 Milwaukee Ave.**<br>**Prospect Heights, IL 60070** | | | J | | **Debt of Pedian, Inc.** | | | | 2,110.00 |
| Account No.<br><br>**Paul B. and Beatriz S. Douma**<br>**1131 W. Morse Ave.**<br>**Chicago, IL 60626** | | | J | | | | | X | **Unknown** |

Sheet no. __**51**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,850.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Paymentech** **1307 Walt Whitman Road** **Melville, NY 11747** | | | J | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Pension Associates, Inc.** **400 Westwood Drive** **Wausau, WI 54401** | | | J | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Pioneer Press** **Attn: Lous Skonieczny** **135 S. LaSalle Dept. 3132** **Chicago, IL 60674** | | | J | | | | | **196.00** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Pittney Bowes** **P.O. Box 856390** **Louisville, KY 40285** | | | J | | | | | **572.95** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Prestige Mills Inc.** **34-01 38th Ave.** **Long Island City, NY 11101-2227** | | | J | | | | | **10,402.82** |

Sheet no. __**52**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,171.77**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Timothy C Dillon,**
       **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Debt of Pedian, INc. | | | | |
| **Protective Products** **1005 Veterans Memorial Blvd.** **Suite 202** **Kenner, LA 70062** | | | J | | | | | | **266.50** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **R.H. Donnelley** **P.O. Box 807008** **Kansas City, MO 64180-7008** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Radcliff Design & Bldrs, Inc.** **936 Taft Road** **Hinsdale, IL 60521** | | | J | | | | | | **325.05** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Radici USA** **P.O. Box 3143** **Spartanburg, SC 29304** | | | J | | | | | | **2,696.46** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Rahim Wasiqi** **1650 Appletree Lane** **West Chicago, IL 60185** | | | J | | | | | | **1,144.00** |

Sheet no. __**53**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,432.01**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re     **Timothy C Dillon,**
          **Julie L Dillon**                                                          Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Red Thread Trading Company** **1905-33rd Avenue South** **Seattle, WA 98144** | | | J | | | | | | 990.84 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Retail Services** **P.O. Box 17298** **Baltimore, MD 21297** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Retail Services** **P.O. Box 5219** **Carol Stream, IL 60197** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Ridgefield Industries, Inc.** **8420 Railroad Street** **Crystal Lake, IL 60012** | | | J | | | | | | 8,350.70 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **RJB Designs/Camey Walker** **796 Highview** **Glen Ellyn, IL 60137** | | | J | | | | | | 89.28 |

Sheet no. __54__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     9,430.82

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Timothy C Dillon,**
   **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Robertex Assoc., Inc. 207 Boling Industrial Way Calhoun, GA 30701 | | | J | | | | | | 1,699.44 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Roberto Gomez Roberto Gomez Caprpet Installer 6514 North Albany Chicago, IL 60645 | | | J | | | | | | 6,650.18 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| RocheBelle, Inc. 8210 McCormick Blvd. Skokie, IL 60076 | | | J | | | | | | 1,690.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Ron Heinosch 6956 West Foster Chicago, IL 60656 | | | J | | | | | | 1,104.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| Rosan Imports Inc. 110 Main Street Chatham, NJ | | | J | | | | | | 3,845.52 |

Sheet no. __55__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,989.14

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon,**

Case No. _____

                             Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Runge Paper Co.**<br>**P.O Box 1247**<br>**Northbrook, IL 60065** | | | J | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Runge Paper Company, Inc.**<br>**Dept 20-Rum 001**<br>**P.O. Box 5940**<br>**Carol Stream, IL 60197** | | | J | | | | | | |
| | | | | | | | | | **928.77** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Safavieh Carpets**<br>**P.O. Box 827558**<br>**Philadelphia, PA 19182** | | | J | | | | | | |
| | | | | | | | | | **1,808.00** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **SAMAD**<br>**419 Murray Hill Parkway**<br>**East Rutherford, NJ 07073** | | | J | | | | | | |
| | | | | | | | | | **13,745.46** |
| Account No. | | | | | Debt. of Pedian, Inc. | | | | |
| **Sartia Art & Floor**<br>**1567 Marine Drive** | | | J | | | | | | |
| | | | | | | | | | **1,018.00** |

Sheet no. __**56**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,500.23**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re __Timothy C Dillon,__                                        Case No. _____
__Julie L Dillon,__

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Savic Tile Inc. 10 Noth Owen Mount Prospect, IL 60056 | | J | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Savnik 601 Mcclary Ave. Oakland, CA 94621 | | J | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Saxony Carpet Company, Inc. 979 Thrid Ave. New York, NY 10022 | | J | | | | | | |
| | | | | | | | | 300.00 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| SBC Bill Payment Center Saginaw, MI 48663 | | J | | | | | | |
| | | | | | | | | 2,549.06 |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| Scott Mishler 818 Jefferson Ave. Elgin, IL 60120 | | J | | | | | | |
| | | | | | | | | 341.96 |

Sheet no. __57__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,191.02

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
        **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Sears & Anderson Fire & Safety** **245 Eric Drive** **Palatine, IL 60067** | | | J | | | | | | 438.70 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Shaw Industries** **12978 Collections Center Drive** **Chicago, IL 60693** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Solis Stone Fabrication Inc.** **6300 W. Howard St.** **Niles, IL 60714** | | | J | | | | | | 119.06 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Sponge Cushion, Inc.** **P.O. Box 924** **Bedford Park, IL 60499** | | | J | | | | | | 23,508.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **SPRINT** **P.O. Box 15955** **Lenexa, KS 66285** | | | J | | | | | | **Unknown** |

Sheet no. __58__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,065.76

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
       **Julie L Dillon,**
Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Stanton Carpet Corp.** **P.O. Box 950** **Syosset, NY 11791** | | | J | | | | | | **6,568.86** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **State of Illinois** **Secretary of State** **501 S. 2nd ST-RM 591** **Springfield, IL 62756-7200** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Stealth 1 Security Group** **736 Burnham Ave.** **Calumet City, IL 60409** | | | J | | | | | | **286.00** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Stoddard Carpets** **185 Rus Drive** **Calhoun, GA 30701** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Stone & Pewter Accents, Inc.** **3555 Lomita Blvd- Units H & J** **Torrance, CA 90505** | | | J | | | | | | **285.54** |

Sheet no. __**59**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,140.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
        **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Stone Warehouse 303 S. Eisenhauer Lombard, IL 60148** | | | J | | | | | | 477.36 |
| Account No. | | | | | Debt of Pedian, Inc | | | | |
| **Stone Warehouse 212 W. St. Charles Road Villa Park, IL 60181** | | | J | | | | | | Unknown |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Sun Life Financial P.O. Box 7247-0381 Philadelphia, PA 19170** | | | J | | | | | | 71.04 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Sungloss Marble Company Inc. 937 N. Ashland- 1st Floor Chicago, IL 60622** | | | J | | | | | | 9,800.00 |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **SunTrust Bank Receivables Capital Management Div. Box 4986 Atlanta, GA 30302** | | | J | | | | | | Unknown |

Sheet no. __60__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,348.40

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**                                                      Case No. _____
         **Julie L Dillon,**
_____,
                                           Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Suntrust Bank** **RECV Capital Mgmnt Div** **Box 4986** **Atlanta, GA 30302** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **T.A.S. Imports** **P.O. Box 687** **Glen Ellyn, IL 60138-0687** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Tai Ping Carpets** **715 Curtis Parkway SE** **Calhoun, GA 30701** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Tandus Corporate** **C&A Flooring** **Atlanta, GA 30392** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Tebon's Gas Service** **7415 N. Harlem** **Niles, IL 60714** | | | J | | | | | | **425.75** |

Sheet no. __61__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**425.75**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
      **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Tecnicolados del BajioS.AdeC.V<br>Quinta Avenida #240<br>Fracc. Gamez C.P. 36650<br>Irapuato, GU** | | | J | | **Debt of Pedian, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Terrazzo & Marble Supply Co.<br>77 S. Wheeling Road<br>Wheeling, IL 60090** | | | J | | **Debt of Pedian, Inc.** | | | | **9,505.90** |
| Account No.<br><br>**Terry Gebert Design<br>2635 Birchwood Ave.<br>Chicago, IL 60645** | | | J | | **Debt of Pedian Inc.** | | | | **861.67** |
| Account No.<br><br>**The CIT Group Comm Serv.<br>P.O. Box 1036<br>Charlotte, NC 28201** | | | J | | **Debt of Pedian, Inc.** | | | | **Unknown** |
| Account No.<br><br>**The CIT Group/Comm Serv Inc.<br>P.O. Box 1036<br>Charlotte, NC 28201** | | | J | | **Debt of Pedian, Inc.** | | | | **Unknown** |

Sheet no. __62__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,367.57**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
         **Julie L Dillon**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **The CIT Group/Comm Serv. Inc.** **P.O. Box 1036** **Charlotte, NC 28201** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **The Royal Group** **135 South LaSalle St.** **Dept. 2318** **Chicago, IL 60674** | | | J | | | | | | **1,647.50** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **The Royal Group** **P.O. Box 572884** **Houston, TX 77257** | | | J | | | | | | **1,164.57** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Thorndike Mills** **P.O. Box 968** **Palmer, MA** | | | J | | | | | | **449.58** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Tisca Tiara** **767 Lexington Ave.** **Rm 503** **New York, NY 10021** | | | J | | | | | | **185.72** |

Sheet no. __63__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,447.37**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
    **Julie L Dillon**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of Pedian Inc. | | | | |
| **Top Stone Corp.** **7904 W. North Ave # 607** **Elmwood Park, IL 60707** | | J | | | | | | **3,992.50** |
| Account No. | | | | Separately listed on Schedule F. | | | | |
| **Total Pedian Debt** **Potential Claims** | X | J | | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian Inc. | | | | |
| **Tufenkian Imports Inc.** **919 Third Ave.** **New York, NY 10022** | | J | | | | | | **51,438.45** |
| Account No. | | | | Debt of Pedian Inc. | | | | |
| **U. S. Express Enterprises Inc.** **P.O. Box 538257** **Atlanta, GA 30353** | | J | | | | | | **33.35** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **U.S. Media & 1st Community Finance** **P.O. Box 16006** **Phoenix, AZ 85011** | | J | | | | | | **Unknown** |

Sheet no. __**64**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55,464.30**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

5/19/06 3:24PM

Form B6F - Cont.
(10/05)

In re **Timothy C Dillon,**
    **Julie L Dillon,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **UPS**<br>**Lock Bock 577**<br>**Carol Stream, IL 60132** | | | J | | | | | | |
| | | | | | | | | | **2,496.70** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Van Dijk Carpet, Inc.**<br>**P.O. Box 1569**<br>**Cartersville, GA 30120** | | | J | | | | | | |
| | | | | | | | | | **16,756.85** |
| Account No. | | | | | Debt of Pedian Inc. | | | | |
| **Van Kirk & Company**<br>**348 North Milwaukee Ave.**<br>**Libertyville, IL 60048** | | | J | | | | | | |
| | | | | | | | | | **529.75** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Viking Office Products**<br>**P.O. Box 30488**<br>**Los Angeles, CA 90030** | | | J | | | | | | |
| | | | | | | | | | **102.99** |
| Account No. | | | | | Debt of Pedian, Inc. | | | | |
| **Village of Lincolnwood**<br>**6900 North Lincoln Ave.**<br>**Lincolnwood, IL 60712** | | | J | | | | | | |
| | | | | | | | | | **58.74** |

Sheet no. __65__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,945.03**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**
       **Julie L Dillon,**

Case No. _____

                                                       ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Village of Morton Grove**<br>**6101 Capulina**<br>**Morton Grove, IL 60053** | | | J | | **Debt of Pedian, Inc.** | | | | **906.53** |
| Account No. **194124**<br><br>**Wachovia Bank**<br>**Attn: NC7625**<br>**P.O. Box 1609**<br>**Winterville, NC 28590** | | W | | | | | | | **Unknown** |
| Account No.<br><br>**Watkins & Shepard Trucking**<br>**P.O. Box 5328**<br>**Missoula, MT 59806** | | | J | | **Debt of Pedian, Inc.** | | | | **282.94** |
| Account No.<br><br>**WNUA**<br>**3898 Collection Center Drive**<br>**Williamsville, IL 62693** | | | J | | **Debt of Pedian, Inc.** | | | | **9,400.00** |
| Account No.<br><br>**Wool of New Zealand**<br>**700 Galleria Pkwy-Ste300**<br>**Atlanta, GA 30339** | | | J | | **Debt of Pedian Inc.** | | | | **429.60** |

Sheet no. __**66**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,019.07**

Form B6F - Cont.
(10/05)

In re   **Timothy C Dillon,**
**Julie L Dillon**

Case No. _____

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Woolshire Carpet Mills Inc.** **P.O. Box 66** **1275 Mauldin Road** **Calhoun, GA 30701** | | J | | | | | | **6,432.97** |
| Account No. **2005 L 010137** | | | | BUSINESS CONTRACT | | | | |
| **WUJCIK CONSTRUCTION GROUP INC** **8322 N LINCOLN AVE** **Skokie, IL 60077** | X | H | | | | | X | **39,326.00** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **WunderGrip, Inc.** **200 Racoosin Drive # 104** **Aston, PA 19014** | | J | | | | | | **2,464.01** |
| Account No. | | | | Debt of Pedian Inc. | | | | |
| **XO Communications** **9201 N. Central Expressway** **P.O. Box 650226** **Dallas, TX 75231** | | J | | | | | | **Unknown** |
| Account No. | | | | Debt of Pedian, Inc. | | | | |
| **Yellow Transporatation, Inc.** **P.O. Box 73149** **Chicago, IL 60673** | | J | | | | | | **Unknown** |

Sheet no. **67** of **68** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,222.98**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Timothy C Dillon,**                                              Case No. _____
         **Julie L Dillon**

_____,
                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Debt of Pedian, Inc.** | | | | |
| **Zbigniew Pysera** **5910 N. Milwaukee Ave.** **Chicago, IL 60646** | | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Debt of Pedian, Inc.** | | | | |
| **Zibigniew Pysera30183.00** **2333 N. Neva apt. 3060** **Elmwood Park, IL 60707** | | | J | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Debt of Pedian Inc.** | | | | |
| **Zoroufy Stairs Rods** **P.O. Box 620345** **Middleton, WI 53562** | | | J | | | | | |
| | | | | | | | | **525.25** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**68**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **525.25** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,519,146.13** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6G
(10/05)

In re    **Timothy C Dillon,**                                                    Case No. _____
**Julie L Dillon**

_____,
Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Wachovia Bank**<br>**P.O. Box 1639**<br>**Winterville, NC 28590** | **Leased BMW X5 2003 (to July 31, 2006)** |

___**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6H
(10/05)

In re      **Timothy C Dillon,**                                                      Case No. _____
           **Julie L Dillon**
_____,
                          Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ELIZABETH CONNELLY**<br>**c/o SHIFF HARDIN LLP**<br>**6600 SEARS TOWERE**<br>**Chicago, IL 60606** | **HVA LTD**<br>**c/o SCHOENBERG FISHER & NEWMAN**<br>**222 S RIVERSIDE PLAZA**<br>**Chicago, IL 60606** |
| **Matthew J and Elizabeth H. Connelly**<br>**1108 W. Albion**<br>**Chicago, IL 60626**<br>   **Co-owners of Pedian, Inc.** | **Total Pedian Debt**<br>**Potential Claims** |
| **Paul B. and Beatriz S. Douma**<br>**1131 W. Morse Ave.**<br>**Chicago, IL 60626**<br>   **Co-owners of Pedian, Inc.** | **Total Pedian Debt**<br>**Potential Claims** |
| **PEDIAN LLC**<br>**6535 N. Lincoln Ave.**<br>**Lincolnwood, IL 60712**<br>   **Defunct corporation** | **MULCAHY, PAURITSCH, SALVADOR & CO**<br>**c/o TIMOTHY SNUDER**<br>**120 E. OGDEN AVE., STE 17B**<br>**Hinsdale, IL 60521** |
| **PEDIAN LLC**<br>**6535 N. Lincoln Ave.**<br>**Lincolnwood, IL 60712**<br>   **Defunct corporation** | **WUJCIK CONSTRUCTION GROUP INC**<br>**8322 N LINCOLN AVE**<br>**Skokie, IL 60077** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6I
(10/05)

In re    **Timothy C Dillon**         **Julie L Dillon**                    Case No. _____

Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP:<br>**Son (Charles)**<br>**Daughter (Nicole)** | AGE:<br>**12**<br>**13** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney** | **Regional Sales Manager** |
| Name of Employer | **Unemployed** | **Maxon Furniture, Inc.** |
| How long employed | | **2 months** |
| Address of Employer | | **21606 86th Place South**<br>**Kent, WA 98031-1944** |

INCOME: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ 6,202.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 6,202.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ 1,078.00 |
|    b. Insurance | $ | 0.00 | $ 260.00 |
|    c. Union dues | $ | 0.00 | $ 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 1,338.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 4,864.00 |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ 4,864.00 |

16. TOTAL COMBINED MONTHLY INCOME:    $ _____ **4,864.00**     (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Debtor hopes to obtain employment, but has no present prospect.**

Form B6J
(10/05)

In re  **Timothy C Dillon**
　　　**Julie L Dillon**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

　　Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,255.95 |
| a. Are real estate taxes included?　　　Yes **X**　　No ___ | | |
| b. Is property insurance included?　　　Yes ___　　No **X** | | |
| 2. Utilities:　a. Electricity and heating fuel | $ | 100.00 |
| 　　　　　　b. Water and sewer | $ | 0.00 |
| 　　　　　　c. Telephone | $ | 45.00 |
| 　　　　　　d. Other　**See Detailed Expense Attachment** | $ | 225.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 600.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| 　　　　　　a. Homeowner's or renter's | $ | 150.00 |
| 　　　　　　b. Life | $ | 113.00 |
| 　　　　　　c. Health | $ | 0.00 |
| 　　　　　　d. Auto | $ | 200.00 |
| 　　　　　　e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| 　　　　(Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
| 　　　　　　a. Auto | $ | 550.00 |
| 　　　　　　b. Other | $ | 0.00 |
| 　　　　　　c. Other | $ | 0.00 |
| 　　　　　　d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other　**See Detailed Expense Attachment** | $ | 3,525.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 10,183.95 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.　Total monthly income from Line 16 of Schedule I | $ | 4,864.00 |
| b.　Total monthly expenses from Line 18 above | $ | 10,183.95 |
| c.　Monthly net income (a. minus b.) | $ | -5,319.95 |

5/19/06 3:24PM

Form B6J
(10/05)

In re    **Timothy C Dillon**
**Julie L Dillon**                                            Case No. _____
                        Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell phone** | $ | **175.00** |
| **Cable TV** | $ | **50.00** |
| **Total Other Utility Expenditures** | $ | **225.00** |


**Other Expenditures:**

| | | |
|---|---|---|
| **Second Mortgage** | $ | **800.00** |
| **Condo Assessment** | $ | **2,225.00** |
| **Parking** | $ | **500.00** |
| **Total Other Expenditures** | $ | **3,525.00** |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Timothy C Dillon**
       **Julie L Dillon**

                                    Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __83__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May 19, 2006**             Signature    **/s/ Timothy C Dillon**

                                                     **Timothy C Dillon**
                                                     Debtor

Date    **May 19, 2006**             Signature    **/s/ Julie L Dillon**

                                                     **Julie L Dillon**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Timothy C Dillon**
       **Julie L Dillon**

                                              Debtor(s)

Case No. _____

Chapter    **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2006 Jeep Commander** | **Chrysler Financial** | | | | **X** |
| **210 E. Pearson St. #14AB Chicago, IL 60611** | **Cole Taylor Bank** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Tax refund, assigned to Cole Taylor Bank** | **Cole Taylor Bank** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **210 E. Pearson St. #14AB Chicago, IL 60611** | **Countrywide Bank** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 8 Cont.
(10/05)

In re    **Timothy C Dillon**
**Julie L Dillon**                                                    Case No. _____
_____
Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date   **May 19, 2006**              Signature   **/s/ Timothy C Dillon**
_____              _____
                                   **Timothy C Dillon**
                                   Debtor

Date   **May 19, 2006**              Signature   **/s/ Julie L Dillon**
_____              _____
                                   **Julie L Dillon**
                                   Joint Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Timothy C Dillon**
       **Julie L Dillon**

Case No. _____

Debtor(s)      Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **NONE**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 19, 2006** _____

      **/s/ Forrest L. Ingram** _____
      **Forrest L. Ingram 3129032**
      **Forrest L. Ingram, P.C.**
      **79 W. Monroe St., Suite 1210**
      **Chicago, IL 60603**
      **(312) 759-2838  Fax: (312) 759-0298**
      **foringpc@aol.com**

---

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Forrest L. Ingram 3129032 | X **/s/ Forrest L. Ingram** | **May 19, 2006** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**79 W. Monroe St., Suite 1210**
**Chicago, IL 60603**
**(312) 759-2838**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Timothy C Dillon**<br>**Julie L Dillon** | X **/s/ Timothy C Dillon** | **May 19, 2006** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) _____ | X **/s/ Julie L Dillon** | **May 19, 2006** |
|  | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Timothy C Dillon**
**Julie L Dillon**

Debtor(s)

Case No. _____

Chapter  **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **0**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May 19, 2006** _____        **/s/ Timothy C Dillon** _____
**Timothy C Dillon**
Signature of Debtor

Date:  **May 19, 2006** _____        **/s/ Julie L Dillon** _____
**Julie L Dillon**
Signature of Debtor