UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                          )     Chapter 7
                                               )     Case No. 06-05816
Timothy & Julie Dillon,                        )     Hon. Carol A. Doyle
                                               )
                         Debtors.              )

### Final Report Checklist

The following items are included in the Trustee's Final Report Package:

1.    Trustee's Final Report with all exhibits attached

      Exhibit A -- Narrative of Trustee Tasks Performed

      Exhibit B -- Form I (including orders regarding property of the Estate)

      Exhibit C -- Form II (including most recent bank statements, checks and
           disbursement orders)

      Exhibit D -- Proposed Distribution Report (including orders regarding
           claim disallowance)

2.    Application for Allowance and Payment of Final Compensation of
      Jay A. Steinberg, as Trustee and Proposed Order

3.    Application for Allowance and Payment of Final Compensation and Reimbursement of
      Expenses of Popowcer Katten, Ltd., Accountants for Trustee and Proposed Order

4.    Application for Allowance and Payment of Final Compensation and Reimbursement of
      Expenses Arnstein & Lehr LLP., Attorneys for Trustee and Proposed Order

5.    Notice of Trustee's Final Report, Hearing on Applications for
      Compensation, and Hearing on the Abandonment of Property by the Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| TIMOTHY C & JULIE DILLON, | ) | Case No. 06-05816-CAD |
| | ) | |
| Debtors. | ) | Hon. CAROL A. DOYLE |

### Trustee's Final Report

To:   The Honorable Carol A. Doyle
United States Bankruptcy Judge

NOW COMES JAY A. STEINBERG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on May 19, 2006. JAY A. STEINBERG was appointed Trustee on the May 19, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed, to the extent such claims will receive a distribution in this case; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the trustee's final account as of December 22, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $795,356.70 |
| b. | DISBURSEMENTS (See Exhibit C) | | $785,322.75 |
| c. | NET CASH available for distribution | | $10,033.95 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation | $42,392.81 |
| | 2. | Trustee Expenses | $0.00 |

3.   Compensation requested by
other estate professionals

| | | | |
|---|---|---|---|
| (a.) | Arnstein & Lehr LLP<br>*Attorney for Trustee Fees<br>and Expenses* | | $23,955.29 |
| (b.) | Popowcer Katten Ltd.<br>*Accountant for Trustee Fees* | | $1,428.00 |
| (c.) | Popowcer<br>*Accountant for Trustee Exp.* | | $4.22 |

5.   The Bar Date for filing unsecured claims expired on December 13, 2007.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D), to the extent such claims will receive a distribution. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $67,780.32 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $11,607.20 |
| e. | Allowed unsecured claims | $1,042,267.85 |

7.   Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.   The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Jay Steinberg, Trustee<br>*Trustee Compensation* | $0.00 | $42,392.81* | $0.00 |
| Arnstein & Lehr<br>*Attorneys for Trustee* | $0.00 | $23,759.50* | $195.79* |
| Popowcer<br>*Accountant for Trustee* | $0.00 | $1,428.00* | $4.22 |

* Trustee and Trustee's Counsel voluntarily have agreed to subordinate their claims to the administrative claim of Trustee's Accountant, whose claim will be paid in full. Trustee and Trustee's Counsel have further agreed that the remaining funds of the Estate after payment to Trustee's Accountant will be divided between them as follows: $5,000 to be paid to Trustee's counsel and $3,601.73 plus any nominal interest accruing hereafter to be paid to Trustee.

9.    A fee of $5,000.00 was paid to Debtors' Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: January 8, 2009                   /s/Jay A. Steinberg, Trustee
                                        JAY A. STEINBERG, Trustee
                                        35 EAST WACKER
                                        SUITE 1550
                                        CHICAGO, IL  60601-0000

**Trustee's Final Report**

**Tasks Completed by Trustee**

**Exhibit A**

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A.      Trustee analyzed and investigated the market value of the real property commonly known as 210 E. Pearson St., Unit 14AB, Chicago, IL ("Property"); Trustee retained a real estate broker and marketed the Property for sale; Trustee, with the assistance of his attorneys, negotiated for the sale of the Property and directed his attorneys to prepare and present a motion to sell; pursuant to this Court's order dated July 24, 2007, the Trustee sold the Property and recovered gross proceeds in excess of $795,000.00;

B.      Trustee reviewed and analyzed the chapter 7 administrative claims filed against the Estate;

C       Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F.      Trustee analyzed tax matters concerning the Estate; Trustee retained an accountant for the preparation of Estate tax returns; and

G.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

EXHIBIT A

**Trustee's Final Report**                    **Timothy & Julie Dillon**
                                              **Case No. 06-5816**

Form I

Individual Estate Property Record and Report

Exhibit B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No: | 06-05816    CAD    Judge: CAROL A. DOYLE |
| Case Name: | DILLON, TIMOTHY C |
| | DILLON, JULIE L |
| For Period Ending: 01/08/09 | |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/19/06 (f) |
| 341(a) Meeting Date: | 06/19/06 |
| Claims Bar Date: | 12/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL ESTATE<br>condominium unit at 210 E. Pearson St., Unit #14AB, Chicago, IL. | 855,000.00 | 10,000.00 | | 795,310.06 | FA |
| 2. Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account<br>Chase Bank Account # 2816911 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4. FURNITURE<br>3 bedroom sets, 4 tvs, 3 couches, dining room table and 6 chairs, buffet,<br>4 end tables, 10 chairs, 2 desks, breakfast table | 6,000.00 | 2,100.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL<br>necessary wearing apparel for 4 persons | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. FURS AND JEWELRY<br>mink coat, purchased 1991, Est current value: $500;  jewelry, purchase<br>1986-2000 at various prices totalling $29,919. Est current value $2,900 | 3,400.00 | 2,000.00 | DA | 0.00 | FA |
| 7. SPORTS AND HOBBY EQUIPMENT<br>Children's hockey equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. RETIREMENT PLANS<br>wife's 401(k) at Hendricksen & Co. | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 9. RETIREMENT ACCOUNT<br>wife's Schwab SEP IRA | 1,150.00 | 0.00 | DA | 0.00 | FA |
| 10. RETIREMENT FUND<br>Husband's 401(k) at Sequoit Harbor Marina | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 11. RETIREMENT ACCOUNT<br>Husband's E-Trade SEP IRA | 5,700.00 | 0.00 | DA | 0.00 | FA |
| 12. STOCK AND INTEREST<br>33 1/3 interest in defunct company Pedian LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. TAX REFUND<br>tax refund assigned to Cole Taylor Bank | 1,600.00 | 0.00 | DA | 0.00 | FA |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 06-05816    CAD    Judge: CAROL A. DOYLE | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | DILLON, TIMOTHY C | Date Filed (f) or Converted (c): | 05/19/06 (f) |
| | DILLON, JULIE L | 341(a) Meeting Date: | 06/19/06 |
| | | Claims Bar Date: | 12/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. OTHER CONTINGENT CLAIMS | Unknown | Unknown | DA | 0.00 | FA |
|    3rd party claim against Steven Golovan | | | | | |
| 15. AUTOMOBILE | 35,000.00 | 0.00 | DA | 0.00 | FA |
|    2006 Jeep Commander | | | | | |
| INT  Post-Petition Interest Deposits (u) | Unknown | N/A | | 46.64 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,069,650.00 | $14,100.00 | | $795,356.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/08        Current Projected Date of Final Report (TFR): 01/31/09

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 06-05816 -CAD |
| Case Name: | DILLON, TIMOTHY C |
| | DILLON, JULIE L |
| Taxpayer ID No: | ******0140 |
| For Period Ending: | 01/08/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******2100  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 08/10/07 | 1 | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 6,802.67 | | 6,802.67 |
| | | | FRANK COLETTO | Memo Amount:      792,112.73 | 1110-000 | | | |
| | | | | SALE OF REAL PROPERTY | | | | |
| | | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:    (     2,670.00 ) | 2500-000 | | | |
| | | | | SETTLEMENT CHARGES | | | | |
| | | | MILLENNIUM PROPERTIES | Memo Amount:    (     1,500.00 ) | 3510-000 | | | |
| | | | | REALTOR FEE | | | | |
| | | | KELLER WILLIAMS | Memo Amount:    (     2,500.00 ) | 3510-000 | | | |
| | | | | REALTOR FEE | | | | |
| | | | CITY OF CHICAGO DEPT OF REVENUE | Memo Amount:    (     5,992.50 ) | 2820-000 | | | |
| | | | | REAL ESTATE TAXES | | | | |
| | | | POWERS & OSEID | Memo Amount:    (     1,557.50 ) | 3991-000 | | | |
| | | | | AGENT PREMIUM | | | | |
| | | | PIERCE & ASSOCIATES | Memo Amount:    (   740,870.32 ) | 4210-000 | | | |
| | | | | PAYOFF FIRST MORTGAGE | | | | |
| | | | COLE TAYLOR BANK | Memo Amount:    (     5,000.00 ) | 4210-000 | | | |
| | | | | PAYOFF SECOND MORTGAGE | | | | |
| | | | TIMOTHY DILLON | Memo Amount:    (    12,500.00 ) | 8100-002 | | | |
| | | | | DEBTOR"S EXEMPTION | | | | |
| | | | LIEBERMAN MANAGEMENT SERVICES | Memo Amount:       12,495.27 ) | 2500-000 | | | |
| | | | | CONDOMINIUM ASSESSMENTS | | | | |
| | | | WATER BILL | Memo Amount:    (       224.47 ) | 2500-000 | | | |
| | | | | OTHER CLOSING COSTS | | | | |
| C | 08/10/07 | 1 | FRANK COLETTA | SALE OF REAL ESTATE | 1110-000 | 2,500.00 | | 9,302.67 |
| C | 08/27/07 | 1 | LE PETOMANE INC. | SALE OF REAL PROPERTY | 1110-000 | 697.33 | | 10,000.00 |
| C | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.40 | | 10,004.40 |
| C | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 6.37 | | 10,010.77 |
| C | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 6.38 | | 10,017.15 |
| C | 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 5.35 | | 10,022.50 |
| C | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 4.79 | | 10,027.29 |
| C | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.97 | | 10,031.26 |

Page:  2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-05816 -CAD |
| Case Name: | DILLON, TIMOTHY C |
| | DILLON, JULIE L |
| Taxpayer ID No: | *******0140 |
| For Period Ending: | 01/08/09 |

| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******2100 BofA - Money Market Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Trans. Code | Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C 02/18/08 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 12.69 | 10,018.57 |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.38 | | 10,020.95 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.37 | | 10,023.32 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.05 | | 10,025.37 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,026.64 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.23 | | 10,027.87 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,029.14 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,030.41 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.24 | | 10,031.65 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.97 | | 10,032.62 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.82 | | 10,033.44 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 10,033.95 |

* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 792,112.73
Memo Allocation Disbursements: 785,310.06
Memo Allocation Net: 6,802.67

| Account ******2100 | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 3 | Deposits | 10,000.00 | |
| 17 | Interest Postings | 46.64 | |
| | Subtotal | $ 10,046.64 | |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 10,046.64 | |

| | | |
|---|---|---|
| 1 | Checks | 12.69 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 12.69 |

Total Receipts
Memo Disbursements   785,310.06
Total Deposits   10,046.64
795,356.70

Net Total Balance
10,046.64
< 12.69 >
$ 10,033.95

Deposits less checks

LFORM2T4

Ver: 14.11

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-05816 -CAD |
|---|---|
| Case Name: | DILLON, TIMOTHY C |
| | DILLON, JULIE L |
| Taxpayer ID No: | *******0140 |
| For Period Ending: | 01/08/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2100  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

**Trustee's Final Report**

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| TIMOTHY C & JULIE L DILLON | ) | Case No. 06-05816-CAD |
| | ) | |
| Debtors. | ) | Hon. CAROL A. DOYLE |

## PROPOSED DISTRIBUTION REPORT

I, JAY A. STEINBERG, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court, to the extent such claims will receive a distribution, and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $10,033.95 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $10,033.95 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $67,780.32 | 14.80% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Jay Steinberg, Trustee *Trustee Compensation* | $42,392.81 | $3,601.22* |
| | Arnstein & Lehr LLP *Attorney for Trustee Fees* | $23,759.50 | $5,000.00* |
| | Arnstein & Lehr LLP *Attorney for Trustee Expenses* | $195.79 | $0.00* |
| | Popowcer, Katten, Ltd. *Accountant for Trustee Fees* | $1,428.00 | $1,428.00 |
| | Popowcer, Katten, Ltd. *Accountant for Trustee Expenses* | $4.22 | $4.22 |
| | CLASS TOTALS | $67,780.32 | $10,033.44 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 11,607.20 | 0.00 |

* Trustee and Trustee's Counsel voluntarily have agreed to subordinate their claims to the administrative claim of Trustee's Accountant, whose claim will be paid in full. Trustee and Trustee's Counsel have further agreed that the remaining funds of the Estate after payment to Trustee's Accountant will divided between them as follows: $5,000 to be paid to Trustee's counsel and $3,601.22 plus any nominal interest accruing hereafter to be paid to Trustee.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000025 | Chicago Home And Garden Publication<br>*Wages-- 507* | $11,607.20 | $0.00 |
| | CLASS TOTALS | $11,607.20 | $0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 1,042,267.85 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | The CIT Group Commercial Services *General Unsecured 726* | $15,794.22 | $0.00 |
| 000002 | GE Consumer Finance *General Unsecured 726* | $937.35 | $0.00 |
| 000003 | IGM Corp. *General Unsecured 726* | $3,074.07 | $0.00 |
| 000004 | American International *General Unsecured 726* | $3,336.10 | $0.00 |
| 000005 | Patmar Janitorial Services *General Unsecured 726* | $2,613.50 | $0.00 |
| 000006 | Joyce Paul *General Unsecured 726* | $382.00 | $0.00 |
| 000007 | Thorndike Mills *General Unsecured 726* | $449.58 | $0.00 |
| 000008 | Bellbridge Carpet *General Unsecured 726* | $562.58 | $0.00 |
| 000009 | First Data Commercial Services *General Unsecured 726* | $3,701.70 | $0.00 |
| 000010 | Nargizian Rug Co. *General Unsecured 726* | $1,805.39 | $0.00 |
| 000011 | Runge Paper Company, Inc. *General Unsecured 726* | $928.77 | $0.00 |
| 000012 | Nourison & Sons, Inc. | $4,095.63 | $0.00 |

|        |                                                                  |              |        |
|--------|------------------------------------------------------------------|--------------|--------|
|        | *General Unsecured 726*                                          |              |        |
| 000013 | Chase Bank USA, NA                                               | $1,633.45    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000014 | Chase Bank USA, NA                                               | $125.59      | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000015 | G K Carpet Ltd.                                                  | $4,835.60    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000016 | Wachovia Bank, N.A.                                               | $10,939.83   | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000017 | International Gran                                                | $3,141.10    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000018 | Safavieh Carpets                                                 | $3,507.50    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000019 | American Express Bank FSB                                        | $1,031.42    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000020 | American Express Bank FSB                                        | $4,067.02    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000021 | Flor Star Sales, Inc.                                            | $6,788.26    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000022 | Mulcahy, Pauritsch, Salavdor Co.                                 | $29,737.87   | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000023 | Wujcik Construction Group Inc                                    | $51,082.56   | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000024 | Atiyeh International Ltd.                                         | $1,478.77    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000026 | Top Stone Corp.                                                  | $11,842.63   | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000027 | Recovery Management Systems                                      | $64.87       | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000028 | Chase Bank USA, NA                                               | $5,157.07    | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000029 | HVA Bros, Inc.                                                   | $854,139.54  | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
| 000030 | LVNV Funding LLC Its Successors                                  | $15,013.88   | $0.00  |
|        | *General Unsecured 726*                                          |              |        |
|        | **CLASS TOTALS**                                                 | $1,042,267.85 | $0.00 |

| 13. TYPE OF CLAIMS                              | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-------------------------------------------------|------------------------|------------------|
| §726(a)(3) - Tardily filed unsecured claims     | $ 0.00                 | 0.00             |

| 14. TYPE OF CLAIMS                              | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|-------------------------------------------------|------------------------|------------------|
| §726(a)(4) - Fines/penalties                    | $ 0.00                 | 0.00             |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  January 8, 2009          /s/ Jay A. Steinberg, trustee