UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION.

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-05816 |
| TIMOTHY & JULIE DILLON, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtors. | ) | |

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Application for Allowance of Compensation, notice having been given, and the Court being duly advised as to the administrative insolvency of this case and the agreement between the Trustee and his attorneys as to the distribution of the remaining funds in the estate:

IT IS HEREBY ORDERED that Jay A. Steinberg, Trustee is allowed compensation as follows;

1. Compensation        $42,392.81

   TOTAL              $42,392.81

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above only after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

IT IS FURTHER ORDERED that, pursuant to an agreement between Trustee and his attorneys, payment of the above allowance shall be subordinated to the payment of the allowed administrative claims of Trustee's Accountant and Trustee's Attorney and Trustee shall disburse the remaining estate funds in the following order and in the following amounts:

1. Trustee's Accountant      $1,432.22
2. Trustee's Attorneys       $5,000.00
3. Trustee                   $3,601.22 plus accrued any interest

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE