UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-05816 |
| TIMOTHY & JULIE DILLON, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtors. | ) | |

**Order Awarding Trustee's Attorneys Compensation and Expense Reimbursement**

THIS MATTER BEING HEARD on the First and Final Application of Trustee's Counsel for Allowance of Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised in the premises, including the administrative insolvency of this case and the agreement between Trustee and his Attorneys as to the distribution of the remaining funds in the estate:

IT IS HEREBY ORDERED that Arnstein & Lehr LLP is allowed final compensation and expense reimbursement as an administrative expense of the estate as follows;

1. Compensation    $23,759.50
2. Expenses        $195.79
   TOTAL           $23,955.29

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above, only after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court;

IT IS FURTHER ORDERED that, pursuant to an agreement between the Trustee and Trustee's Attorneys, payment of the above allowances by Trustee shall be limited to $5,000.00 and shall be subordinated to the payment in full of the allowed administrative claim of Trustee's Accountant.

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE