IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIMOTHY & JULIE DILLON ) | CASE NO. 06 B 05816 |
| ) | |
| ) | CHAPTER 7 CASE |
| ) | |
| ) | HON. CAROL A. DOYLE |
| DEBTORS ) | |

TO: THE HONORABLE CAROL A. DOYLE
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on May 19, 2006. This Court on January 29, 2008 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $1,428.00 in compensation for 6.8 hours of services performed and reimbursement of actual expenses in the amount of $4.22 for the period January 29, 2008 through April 29, 2008.

3. A description of the nature of the services rendered by the Applicant is as follows:
    Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the year ended December 31, 2007 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 6.8 | $ 210 | $1,428.00 |
| Total Due | 6.8 | | $ 1,428.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,428.00 for the accounting services rendered in this case and reimbursement of expenses of $4.22 incurred.

DATE: April 29, 2008                              RESPECTFULLY SUBMITTED,

                                                  _____
                                                  Lois West
                                                  Certifying Professional
                                                  35 E. Wacker Drive
                                                  Chicago, IL 60601-2207

Invoice No. 22307



**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Timothy & Julie Dillon  (06 B 05816)
- c/o Jay Steinberg, Trustee
- 321 N. Clark Street, Suite 2800
- Chicago, IL 60610

Date: April 29, 2008                               Account No.: STZ78661L

For Professional Services Rendered:

For accounting and tax services rendered for the period January 29, 2008 through April 29, 2008 including preparation of fiduciary income tax returns for the year ended 12/31/07 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|              | Title                 | Hours | Rate   | Amount     |
|--------------|-----------------------|-------|--------|------------|
| L. West      | Bankruptcy Specialist | 6.8   | $210.  | $ 1,428.00 |
|              | Total Hours:          | 6.8   |        | $ 1,428.00 |

Expenses:
Postage:                                                           4.22

                        Total Due:                          $ 1,432.22

EXHIBIT A

ESTATE OF TIMOTHY & JULIE DILLON  (06 B 05816)

Time Sort By Date

| Date | Description | Hours | Name |
|---|---|---|---|
| 1/29/2008 | Tax Return Preparation - Preparation of workpapers for 12/31/07. Calculate loss on sale of property. | 3.5 | L. West |
| 1/30/2008 | Tax Return Preparation - Finalize returns - prepare 505(b) letters, transmittal letters and forms 8821 & IL-2848. Make manual changes as required. | 1.5 | L. West |
| 1/31/2008 | Tax Review - Final review and sign federal and Minnesota returns for 12/31/07 (final) year end. | 0.3 | L. West |
| 4/29/2008 | Preparation of final fee application. | 1.5 | L. West |
| | Total hours | 6.8 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
| --- | --- |
| TIMOTHY C. DILLON and JULIE L. DILLON, | Case No. 06 B 05816 |
| | Hon. Carol A. Doyle |
| Debtors. | |

## ORDER EMPLOYING ACCOUNTANT FOR TRUSTEE

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE CAROL A. DOYLE, BANKRUPTCY JUDGE
THIS 29TH DAY OF JANUARY, 2008

This cause coming on to be heard upon the Application of JAY A. STEINBERG, Trustee herein, to Employ Accountant, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that JAY A. STEINBERG, Trustee herein, is hereby authorized to employ LOIS WEST, Certified Public Accountant, and the accounting firm of POPOWCER KATTEN, LTD., to represent the Trustee in this proceeding, and

IT IS FURTHER ORDERED that compensation is to be paid to LOIS WEST and POPOWCER KATTEN, LTD., pursuant to further order of this Court.

Dated: 1/29/08

Enter: _Carol A. Doyle_
CAROL A. DOYLE
Bankruptcy Judge

30931.0005/1180188_1                    - 1 -