UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| TIMOTHY C & JULIE L DILLON ) | Case No. 06-05816 | |
| ) | | |
| Debtors. ) | Hon. CAROL A. DOYLE | |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

   On: **March 10, 2009**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTORS AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $795,356.70 |
   | Disbursements | $785,322.75 |
   | Net Cash Available for Distribution | $10,033.95 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | JAY STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $42,392.81* | $0.00 |
   | ARNSTEIN & LEHR LLP<br>*Attorney for Trustee* | $0.00 | $23,795.00* | $195.79* |
   | POPOWCER<br>*Accountant for Trustee* | $0.00 | $1,428.00 | $4.22 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,607.20 must be paid in full for there to be any dividend to general unsecured creditors. **The priority dividend is anticipated to be 0.00%.**   Allowed priority claims are:

   | Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
   |---|---|---|---|
   | 000025 | Chicago Home and Garden Publication | $11,607.20 | $0.00 |

---

\* Trustee and Trustee's Attorneys voluntarily have agreed to subordinate their claims to the administrative claim of Trustee's Accountant, whose claim will be paid in full. Trustee and Trustee's Attorneys have further agreed that the remaining funds of the Estate, after payment to Trustee's Accountants, will be divided between them as follows: $5,000.00 to be paid to Trustee's Attorneys and $3,601.73 plus any nominal accrued interest to be paid to Trustee.

7. Claims of general unsecured creditors totaling $1,042,267.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. **The general unsecured dividend is anticipated to be 0.00%.**

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | The Cit Group Commercial Services | $15,794.22 | $0.00 |
| 000002 | GE Consumer Finance | $937.35 | $0.00 |
| 000003 | IGM Corp. | $3,074.07 | $0.00 |
| 000004 | American International | $3,336.10 | $0.00 |
| 000005 | Patmar Janitorial Services | $2,613.50 | $0.00 |
| 000006 | Joyce Paul | $382.00 | $0.00 |
| 000007 | Thorndike Mills | $449.58 | $0.00 |
| 000008 | Bellbridge Carpet | $562.58 | $0.00 |
| 000009 | First Data Commercial Services | $3,701.70 | $0.00 |
| 000010 | Nargizian Rug Co. | $1,805.39 | $0.00 |
| 000011 | Runge Paper Company, Inc. | $928.77 | $0.00 |
| 000012 | Nourison & Sons, Inc. | $4,095.63 | $0.00 |
| 000013 | Chase Bank USA, NA | $1,633.45 | $0.00 |
| 000014 | Chase Bank USA, NA | $125.59 | $0.00 |
| 000015 | G K Carpet Ltd. | $4,835.60 | $0.00 |
| 000016 | Wachovia Bank, N.A. | $10,939.83 | $0.00 |
| 000017 | International Gran | $3,141.10 | $0.00 |
| 000018 | Safavieh Carpets | $3,507.50 | $0.00 |
| 000019 | American Express Bank FSB | $1,031.42 | $0.00 |
| 000020 | American Express Bank FSB | $4,067.02 | $0.00 |
| 000021 | Flor Star Sales, Inc. | $6,788.26 | $0.00 |
| 000022 | Mulcahy, Pauritsch, Salavdor Co. | $29,737.87 | $0.00 |
| 000023 | Wujcik Construction Group Inc | $51,082.56 | $0.00 |
| 000024 | Atiyeh International Ltd. | $1,478.77 | $0.00 |
| 000026 | Top Stone Corp. | $11,842.63 | $0.00 |
| 000027 | Recovery Management Systems Corpora | $64.87 | $0.00 |
| 000028 | Chase Bank USA, NA | $5,157.07 | $0.00 |
| 000029 | HVA Bros, Inc. | $854,139.54 | $0.00 |
| 000030 | LVNV Funding LLC Its Successors | $15,013.88 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 5, 2009**                            For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      CLERK OF THE COURT

Trustee:     Jay A. Steinberg, Trustee
Address:     35 East Wacker
             Suite 1550
             Chicago, IL  60601-0000
Phone No.:   (312) 832-4703