UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| TIMOTHY C & JULIE L DILLON ) | | Case No. 06-05816 |
| ) | | |
| Debtors. ) | | Hon. CAROL A. DOYLE |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **March 10, 2009**                Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTORS AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $795,356.70 |
    | Disbursements | $785,322.75 |
    | Net Cash Available for Distribution | $10,033.95 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | JAY STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $42,392.81* | $0.00 |
    | ARNSTEIN & LEHR LLP<br>*Attorney for Trustee* | $0.00 | $23,795.00* | $195.79* |
    | POPOWCER<br>*Accountant for Trustee* | $0.00 | $1,428.00 | $4.22 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:  NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,607.20 must be paid in full for there to be any dividend to general unsecured creditors.  **The priority dividend is anticipated to be 0.00%**.   Allowed priority claims are:

    | Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
    |---|---|---:|---:|
    | 000025 | Chicago Home and Garden Publication | $11,607.20 | $0.00 |

---

* Trustee and Trustee's Attorneys voluntarily have agreed to subordinate their claims to the administrative claim of Trustee's Accountant, whose claim will be paid in full.  Trustee and Trustee's Attorneys have further agreed that the remaining funds of the Estate, after payment to Trustee's Accountants, will be divided between them as follows:  $5,000.00 to be paid to Trustee's Attorneys and $3,601.73 plus any nominal accrued interest to be paid to Trustee.

7. Claims of general unsecured creditors totaling $1,042,267.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. **The general unsecured dividend is anticipated to be 0.00%.**

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | The Cit Group Commercial Services | $15,794.22 | $0.00 |
| 000002 | GE Consumer Finance | $937.35 | $0.00 |
| 000003 | IGM Corp. | $3,074.07 | $0.00 |
| 000004 | American International | $3,336.10 | $0.00 |
| 000005 | Patmar Janitorial Services | $2,613.50 | $0.00 |
| 000006 | Joyce Paul | $382.00 | $0.00 |
| 000007 | Thorndike Mills | $449.58 | $0.00 |
| 000008 | Bellbridge Carpet | $562.58 | $0.00 |
| 000009 | First Data Commercial Services | $3,701.70 | $0.00 |
| 000010 | Nargizian Rug Co. | $1,805.39 | $0.00 |
| 000011 | Runge Paper Company, Inc. | $928.77 | $0.00 |
| 000012 | Nourison & Sons, Inc. | $4,095.63 | $0.00 |
| 000013 | Chase Bank USA, NA | $1,633.45 | $0.00 |
| 000014 | Chase Bank USA, NA | $125.59 | $0.00 |
| 000015 | G K Carpet Ltd. | $4,835.60 | $0.00 |
| 000016 | Wachovia Bank, N.A. | $10,939.83 | $0.00 |
| 000017 | International Gran | $3,141.10 | $0.00 |
| 000018 | Safavieh Carpets | $3,507.50 | $0.00 |
| 000019 | American Express Bank FSB | $1,031.42 | $0.00 |
| 000020 | American Express Bank FSB | $4,067.02 | $0.00 |
| 000021 | Flor Star Sales, Inc. | $6,788.26 | $0.00 |
| 000022 | Mulcahy, Pauritsch, Salavdor Co. | $29,737.87 | $0.00 |
| 000023 | Wujcik Construction Group Inc | $51,082.56 | $0.00 |
| 000024 | Atiyeh International Ltd. | $1,478.77 | $0.00 |
| 000026 | Top Stone Corp. | $11,842.63 | $0.00 |
| 000027 | Recovery Management Systems Corpora | $64.87 | $0.00 |
| 000028 | Chase Bank USA, NA | $5,157.07 | $0.00 |
| 000029 | HVA Bros, Inc. | $854,139.54 | $0.00 |
| 000030 | LVNV Funding LLC Its Successors | $15,013.88 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 5, 2009**                                             For the Court,

                                                                By:   **KENNETH S. GARDNER**
                                                                        CLERK OF THE COURT

| | |
|---|---|
| Trustee: | Jay A. Steinberg, Trustee |
| Address: | 35 East Wacker |
| | Suite 1550 |
| | Chicago, IL  60601-0000 |
| Phone No.: | (312) 832-4703 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 6                   Date Rcvd: Feb 05, 2009
Case: 06-05816                Form ID: pdf002              Total Served: 358


The following entities were served by first class mail on Feb 07, 2009.
db         +Timothy C Dillon,    200 East Delaware Place,    Unit #10F,    Chicago, IL 60611-5787
jdb        +Julie L Dillon,    200 East Delaware Place,    Unit #10F,    Chicago, IL 60611-5787
aty        +Barry A Chatz,    Arnstein & Lehr LLP,    120 South Riverside Plaza Ste 1200,
             Chicago, IL 60606-3910
aty        +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 1210,
             Chicago, IL 60603-4936
aty        +Joy E Levy,    Arnstein & Lehr LLP,    120 S Riverside Plaza,    Suite 1200,
             Chicago, IL 60606-3910
aty        +Miriam R. Stein,    Arnstein & Lehr LLP,    120 South Riverside Plaza,    Suite 1200,
             Chicago, IL 60606-3910
tr         +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,    Chicago, IL 60601-2124
10743651   +828 International trading Co.,    PO Box 2307,    Greenville, SC 29602-2307
10743652   +A&R Custom Flooring Cont, Inc.,    21190 Commercial Drive,    Mundelein, IL 60060-9401
10743654   +ABC Business Forms,    5654 North Elston Ave.,    Chicago, IL 60646-6599
10743657   +ADT Security Svcs,    P.O. Box 325,    Chelmsford, MA 01824-0325
10743658   +AFLAC,    1932 Wynnton Road,    Columbus, GA 31999-0002
13072816   +AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
10743680   +ASMARA,    88 Black Falcon Ave.,    Boston, MA 02210-2435
10743653   +Aaron Stal,    1320 Hackberry,    Winnetka, IL 60093-1608
10743655   +Adelman & Gettleman, Ltd.,    53 West Jackson, Suite 1050,    Chicago, IL 60604-3786
10743656   +Adex USA LC,    2818 NW 112 Ave.,    Miami, FL 33172-1809
10743659   +All Tile Inc.,    1201 Chase Ave.,    Elk Grove Village, IL 60007-4837
10743660   +Allied Tile Mfg. Corp.,    2840 Atlantic Ave.,    Brooklyn, NY 11207-2635
10743661   +Almerico & Assoc. Inc.,    522 Hillside Ave.,    Glen Ellyn, IL 60137-4651
10743662   +Alpha Graphics,    2561 Waukegan Road,    Deerfield, IL 60015-1569
10743663   +Alpha Signs Co.,    1739 Chestnut Ave.,    Glenview, IL 60025-1760
10743664   +Amber Floors, Inc.,    1714 N. Beech Road,    Mount Prospect, IL 60056-1602
10743666   +American Express,    P.O. Box 360002,    FT. LAUDERDALE, FL 33336-0002
10743665   +American Express,    P.O. Box 3600001,    FT. LAUDERDALE, FL 33336-0001
11662530    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10743667   +American International,    850 Pratt Blvd.,    Elk Grove Village, IL 60007-5117
10743668   +American Olean Midwest,    805 Mark Street,    Elk Grove Village, IL 60007-6705
10743669   +Ameritech Credit Corp.,    13160 Collections Dr.,    Chicago, IL 60693-0001
10743670   +Amin Co. Inc.,    100 Park Plaza Dr.,    Ste. 305-S,    Secaucus, NJ 07094-3640
10743671   +Ample Supply Company,    11914 Oak Creek Pkwy.,    Huntley, IL 60142-6728
10743672   +Andrea Burridge,    611 S. County Line Rd.,    Hinsdale, IL 60521-4726
10743673   +Ann Buckley,    27 S. Bruner,    Hinsdale, IL 60521-3002
10743674   +Ann Kohout,    716 S. Vine Street,    Hinsdale, IL 60521-4458
10743675   +Anthony J. Kirk, CPA,    719 S. State St. #400,    Chicago, IL 60605-2540
10743676   +Antrim Carpets USA Ltd.,    306 Camer Drive,    Bensalem, PA 19020-7302
10743677   +Apostrophe Design Inc.,    401 Highgrove Blvd.,    Glendale Heights, IL 60139-4017
10743678   +Aramark Uniform Services,    2334 S. Michigan Ave.,    Suite 602,    Chicago, IL 60616-2105
10743679   +Artists Concepts,    23 Indian Hill Rd.,    Winnetka, IL 60093-3940
10743681   +Atiyeh International Ltd.,    P.O. Box 3040,    Newberg, OR 97132-5040
10743682   +Atlas Lift Truck Rental Inc.,    5050 N. River Road,    Schiller Park, IL 60176-1021
10743683   +Aura International, Inc.,    1501 Turtle Creek Blvd.,    Dallas, TX 75207-3305
10743684   +Avalon Carpets,    P.O. Box 1627,    Calhoun, GA 30703-1627
10743685   +Axminster Carpets Ltd.,    150 East 55th St.,    New York, NY 10022-4514
10743686   +B & F Coffee Service,    3535 Commercial Avenue,    Northbrook, IL 60062-1847
10743704   +BRENTON W. VINCENT,    BELL BOYD & LLOYD LLC,    70 W. MADISONT ST., STE 3000,
             Chicago, IL 60602-4245
10743687   +Barbara Mulvihill,    1121 Oak Spring Lane,    Libertyville, IL 60048-1615
10743688   +Barbara Todd,    1135 Douglas Ave.,    Flossmoor, IL 60422-1460
10743689   +Barbara Worsek,    180 N. LaSalle St.,    Ste 3000,    Chicago, IL 60601-2802
10743690   +Bearcat Leasing Corp.,    188 Industrial Drive,    Elmhurst, IL 60126-1623
10743691   +Beaulieu Residential,    Dept AT 40208,    Atlanta, GA 31192-0001
10743692   +Bellbridge Carpet,    5401 Industrial Way,    Benicia, CA 94510-1010
10743693   +Belmondo Tile,    129 Seegers Ave.,    Elk Grove Village, IL 60007-1614
10743694   +Belstone & Tile,    1439 W. Hubbard St.,    Chicago, IL 60642-6343
10743695   +Bennytex, Inc.,    14401 S. Main Street,    Gardena, CA 90248-1989
10743696   +Best Buy,    1000 W. North Ave.,    Chicago, IL 60642-2544
10743697   +Best Neon Sign Company,    6025 S. New England,    Chicago, IL 60638-4005
10743698   +Best View International,    930 Woodlands,    Vernon Hills, IL 60061-3103
10743699   +Big D of Tucson,    P.O. Box 5564,    Tucson, AZ 85703-0564
10743700   +BlackHawk Heating & Air Cond.,    1523 Laurie Lane,    Hanover Park, IL 60133-2216
10743701    Bloomsburg Carpets Ind. Inc.,    P.O. Box 642167,    Pittsburgh, PA 15264-2167
10743702   +Blue Cross Blue Shield of IL,    P.O. Box 1186,    Chicago, IL 60690-1186
10743703   +Blue Ridge Industries,    1546 Progress Road,    P.O. Box 507,    Ellijay, GA 30540-0007
10743705   +C & R Automotive & Towing Inc.,    6000 Oakton Street,    Morton Grove, IL 60053-2717
10743706   +C & W Flooring Inc.,    P.O. Box 807,    Monee, IL 60449-0807
10743707   +C&R Automotive,    400 West Lake Street, Suite 111,    Roselle, IL 60172-3574
10743723   +CINTAS # 22,    1025 National Pkwy.,    Schaumburg, IL 60173-5620
10743741   +CR Congress LLC,    P.O. Box 315,    Itasca, IL 60143-0315
10743708   +Capel Inc.,    P.O. Box 747,    Troy, NC 27371-0747
10743709   +Caravelle Distributing Co.,    P.O. Box 25,    Elk Grove Village, IL 60009-0025
10743710   +Caroll, Hartigan & Cerney,    30 North LaSalle Street, Suite 1200,    Chicago, IL 60602-3390
10743711   +Carousel Carpet Mills, Inc.,    1 Carousel Lane,    Ukiah, CA 95482-9509
10743712   +Carpet Cushion,    120 Tubeway Drive,    Carol Stream, IL 60188-2250
10743713   +Carpet Cushions & Supply,    3423 N. Drake,    Chicago, IL 60618-5449
10743714    Central States Pension Fund,    Dept. 10291,    Arlington Heights, IL 60005
10743715    Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
10743716    Chase Bank,    P.O. Box 15153,    Wilmington, DE 19850-5153
```

```
District/off: 0752-1          User: amcc7                  Page 2 of 6                   Date Rcvd: Feb 05, 2009
Case: 06-05816                Form ID: pdf002              Total Served: 358

11647014     Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
10743717    +Chase Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
10743718    +Chicago Home and Garden Publication,     5 Kensington Dr,    Lincolnshire IL 60069-3913
10743719    +Chicago Magazine,    P.O. Box 803884,    Chicago, IL 60680-3884
10743720    +Chicago Sun Times,    P.O. Box 1003,    Tinley Park, IL 60477-9103
10743721    +Chilewich LLC2226.10,    31 E. 28th St.,    New York, NY 10016-7915
10743722    +Chrysler Financial,    c/o Kathryn Klein,    Riezman Berger PC,    7700 Bonhomme 7th Floor,
              St Louis, MO 63105-1960
10743724    +Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-0001
10743725     Citibank,    P.O. Box 688914,    Des Moines, IA 50368-8914
10743726    +Citifinancial Retail Services,    P.O. Box 183041,    Columbus, OH 43218-3041
10743727    +Clear Channel,    111 W. Washington, Suite 737,    Chicago, IL 60602-2807
10743729    +Cole Taylor Bank,    P.O. Box 88481,    Chicago, IL 60680-1481
10743728    +Cole Taylor Bank,    9550 W. Higgins Road,    Rosemont, IL 60018-4906
10743730    +Colette Rinn,    4119 Franklin,    Western Springs, IL 60558-1403
10743731    +Colourhouse,    Accounts Receivable,    185 Rus Drive,    Calhoun, GA 30701-3673
10743733    +Comcast,    P.O. Box 173885,    Denver, CO 80217-3885
10743734     Commercial Paper,    P.O. Box 3671,    Champlain, NY 12919-3671
10743735    +Compu Electronics,    6512 N. Lincoln Avenue,    Lincolnwood, IL 60712-3919
10743736    +ConChem Co., Inc.,    400 North Ashland Ave.,    Chicago, IL 60622-6362
10743737    +Continental Creative Sales,    9-11 Caesar Place,    Moonachie, NJ 07074-1702
10743738    +Countrywide Bank,    MSN SV-26B,    P.O. Box 10229,    Van Nuys, CA 91410-0229
10743739     Countrywide Bank, N.A.,    P.O. Box 650070,    Dallas, TX 75265-0070
10743740    +Couristan Inc.,    P.O. Box 19494,    Newark, NJ 07195-0494
10743742    +Crafty Beaver Home Ctrs,    25 Northwest Point Blvd., #750,    Elk Grove Village, IL 60007-1058
10743743    +Crafty Beaver Home Ctrs.,    4810 W. Oakton St.,    Skokie, IL 60077-2953
10743744    +Culligan Water-Wheeling,    Suite B,    375 W. South Frontage Rd.,    Bolingbrook, IL 60440-4652
10743745    +Custom Carpet Mfg & Dist. Inc.,    1001 Arthur Ave.,    Elk Grove Village, IL 60007-5218
10743746    +Cynthia Wilson,    363 Hillcrest,    Fontana, WI 53125-1249
10743747    +D & D Office Machines Inc.,    940 W. Lake Street,    Roselle, IL 60172-3353
10743748    +D.W. Interiors,    414 Center,    Grayslake, IL 60030-1626
10743762    +DIMONTE & LIZAK,    216 W HIGGINS ROAD,    Park Ridge, IL 60068-5706
10743749    +Dal Tile Company,    1501 Estes Ave.,    Elk Grove Village, IL 60007-5407
10743750     Dal-Tile,    P.O. Box 33127,    Louisville, KY 40232-3127
10743751    +Damar Natural Stone,    750 Anthony Trail,    Northbrook, IL 60062-2542
10743752     Dann Dee Display Fixtures,    7555 N. Caldwell Ave.,    Niles, IL 60714-3807
10743753    +Darl Grooters,    8400 W. Hillside,    Palos Park, IL 60464-2059
10743754    +Deborah Rogers Design,    2846 W. North Ave.,    Chicago, IL 60647-5143
10743755    +Decorative Carpets, Inc.,    8900 Melrose Ave.,    West Hollywood, CA 90069-5613
10743756    +Delios Inc.,    120 N. Industrial Blvd.,    Calhoun, GA 30701-8652
10743757    +Delos, Inc.,    P.O. Box 888483,    Atlanta, GA 30356-0483
10743758    +Delta Dental Plan of Illinois,    801 Ogden Ave.,    Lisle, IL 60532-1337
10743759    +Design Materials Inc.,    241 S. 55th St.,    Kansas City, KS 66106-1013
10743760    +Designer Flooring, Inc.,    4424 Euclid Ave # 1B,    Rolling Meadows, IL 60008-1942
10743761    +Desso (USA) Inc.,    387 Strathmore Drive,    Bryn Mawr, PA 19010-1227
10743763    +Durham Flooring Inc.,    511 Parnell,    Chicago Heights, IL 60411-1221
10743766    +EK Interiors Ltd.,    1100 Princeton,    Highland Park, IL 60035-2363
10743768     ELIZABETH CONNELLY,    c/o SHIFF HARDIN LLP,    6600 SEARS TOWERE,    Chicago, IL 60606
10743764    +Ebel Gentile Interiors Inc.,    1305 Remington Rd.,    Schaumburg, IL 60173-4833
10743765    +Eileen Hare,    5728 Giddings,    Hinsdale, IL 60521-5000
10743767     Elaine Davis,    324 S. Lincoln St.,    Hinsdale, IL 60521-4008
10743769    +Emma Gardner Design LLC,    P.O. Box 1807,    Litchfield, CT 06759-1807
10743771    +Eraco International,    600 South 7th Street,    Louisville, KY 40203-1968
10743770     Eraco International,    216 Britannia Road East,    Mississauga, L4Z Ontario, Canada
10743772    +Erickson's Flooring & Sply Co.,    Dept. 78040,    P.O. Box 78000,    Detroit, MI 48278-0001
10743773    +Everest Indemnity,    1138 Elm Street, P.O. Box 179,    Manchester, NH 03101-1531
10743774    +Evergreen Labs Inc.,    P.O. Box 2609,    Walla Walla, WA 99362-0333
10743775    +Expanko Cork Company, Inc,    3135 Lower Valley Road,    Parkesburg, PA 19365-9617
10743776     F. Schumacher & Company,    P.O. Box 931887,    Atlanta, GA 31193-1887
10743778    +FEDEX,    P.O. Box 94515,    Palatine, IL 60094-4515
10743777    +Fabrica International,    P.O. Box 25136,    Santa Ana, CA 92799-5136
10743779    +Fibreworks Corp.,    2417 Data Drive,    Louisville, KY 40299-2515
10743780    +Fine Details,    P.O. Box 11119,    Chicago, IL 60611-0119
10743781    +Fire & Security Systems, Inc.,    724 E. Kensington Road,    Arlington Heights, IL 60004-6201
11645723    +First Data Commercial Services,    1307 Walt Whitman Road,    Melville, NY 11747-4819
10743782     First Grade Hardware,    P.O. Box 8510,    Metairie, LA 70011-8510
10743783    +First Grade Hardwood Supplies,    15811 Annico Drive, Suite 1,    Homer Glen, IL 60491-9337
10743785    +Flor Star Sales, Inc.,    2780 Payspher Circle,    Chicago, IL 60674-0027
10743786     Fortune Contract, Inc.,    P.O. Box 2287,    Dalton, GA 30722-2287
10743787    +Franklin Associates,    645 N. Michigan avenue,    ste 500,    Chicago, IL 60611-2881
10743788    +French Accents, Inc.,    36 East 31st Street,    Ground Floor,    New York, NY 10016-6821
10743789    +Fritz Industries Inc.,    18757 Burbank Blvd,    Suite 300,    Tarzana, CA 91356-6329
10743790    +Fritz Industries, Inc.,    P.O. Drawer 170040,    Dallas, TX 75217-0040
10743791    +Full Fashion Fringe Co.,    P.O. Box 173,    East Freetown, MA 02717-0173
10743792    +G K Carpet Ltd.,    5704 Riverview Drive,    Lisle, IL 60532-2623
10743793     G&G Installation,    220 Brook Court,    Bolingbrook,    Bolingbrook, IL 60440
10743794    +G. Benjamin Woodworking, Inc.,    1010 A Trakk Lane,    Woodstock, IL 60098-9415
10743795    +G.S. Floor Designs, Inc.,    855 University Drive,    Arlington Heights, IL 60004-1821
10743796    +GAFCO,    205 W. Wacker Drive,    Ste. 322,    Chicago, IL 60606-1211
10743798    +GAM Carpets,    7950 Driscoll Ave.,    Van Nuys, CA 91406-1014
10743802    +GMAC Commercial Credit LLC,    Lock Box 105657,    Atlanta, GA 30348-5657
10743803    +GMAC Commercial Credit LLC,    PO Box 105657,    Atlanta, GA 30348-5657
10743808    +GREAT AMERICAN FINANCE,    c/o GARFIELD ALAN H HEREL,    223 W JACKSON BLVD #1010,
              Chicago, IL 60606-6916
```

```
District/off: 0752-1          User: amcc7                  Page 3 of 6                   Date Rcvd: Feb 05, 2009
Case: 06-05816                Form ID: pdf002              Total Served: 358

10743810     +GROOT Recycling & Waste,    2500 Landmeier Road,    Elk Grove Village, IL 60007-2627
10743797     +Gainey Ceramic Tile,    1200 Arrow Highway,    La Verne, CA 91750-5293
10743800     +Gerri Wiley Design Group, Inc.,    911 Greenbay Rd.,    Winnetka, IL 60093-1773
10743801     +Glen Eden Wool Carpet,    430 Union Grove Rd.,    Calhoun, GA 30701-3626
10743804     +Godfrey Hirst USA Inc.,    1000 Holcomb Woods Parkway,    Suite 118-B,    Roswell, GA 30076-2588
10743805     +Golden Knots,    9144 Terminal Ave.,    Skokie, IL 60077-1537
10743806     +Granite America,    1310 Maybrook Square,    Maywood, IL 60153-2417
10743807     +Granite Dezigns of Illinois,    3001 Kilbourn,    Chicago, IL 60623-4215
10743809     +Greater Bay Capital,    Accounts Receivable,    100 Tri-State Int'l ste. 140,
               Lincolnshire, IL 60069-4404
10743811     +H.M. Nabavian & Sons, Inc.,    11 West 30th Street,    Ground Floor,    New York, NY 10001-4405
10743820     +HVA Bros, Inc.,    P.O. Box 1196,    Barrington, IL 60011-1196
10743821     +HVA LTD,    c/o SCHOENBERG FISHER & NEWMAN,    222 S RIVERSIDE PLAZA,    Chicago, IL 60606-5808
10743812      Harris Bank,    P.O. Box 15289,    Wilmington, DE 19886-5289
10743813     +Hatmakers Associates,    National & International,    1156 U.S. Hwy. 1,    Vero Beach, FL 32962-5605
10743814     +Hawkinson Tile,    149 Seegers Ave.,    Elk Grove Village, IL 60007-1614
10743815      Hay Mac Tech.,    11 Lions Drive, Suite 206,    Barrington, IL 60010
10743816     +Hey Mac Technologies, Ltd.,    422 Hampton Terrace,    Libertyville, IL 60048-3334
10743817     +High Ridge Partners,    140 S. Dearborn- ste 820,    Chicago, IL 60603-5202
10743818     +Hinckley Spring Water Co.,    P.O. Box 1888,    Bedford Park, IL 60499-1888
10743819     +Home Depot Credit Services,    P.O. Box 6031,    The Lakes, NV 88901-6031
10743823     +IGM Corp.,    2038 83rd Street,    P.O. Box 3,    North Bergen, NJ 07047-0003
10743829     +INTERNATIONAL GRAN,    c/o TELLER LEVIT SILVERTRUST,    11 E ADAMS ST, 8TH FLOOR,
               Chicago, IL 60603-6301
10743822     +Ice Mountain Spring Water Co.,    P.O. Box 52214,    Phoenix, AZ 85072-2214
10743824     +Imaging Supply & Distribution,    16209 Victory Blvd # 181,    Van Nuys, CA 91406-5821
10743825     +Int'l Brotherhood Local 705,    1645 W. Jackson Blvd.,    Chicago, IL 60612-3276
10743826     +Interiors by Ronnell, Ltd.,    4615 Wolf Road,    Western Springs, IL 60558-1522
10743827     +International Floors,    4836 Brecksville Rd.,    Richfield, OH 44286-9177
10743828     +International Flr.s of America,    1701 Mars Hill Road,    Florence, AL 35630-6657
10743830     +Island Stone USA,    P.O. Box 400,    Capitola, CA 95010-0400
10743831     +Ivan Chavez,    4204 N. Franscisco,    Chicago, IL 60618-2610
10743839     +JRC Investments, LLC,    Two Mid America Plaza,    ste. 722,    Villa Park, IL 60181-4717
10743840     +JSL Carpet Corp.,    150 East 58th Street,    New York, NY 10155-0002
10743832     +Jaguar Credit,    P.O. Box 55000,    Dept. 194501,    Detroit, MI 48255-0001
10743833     +Janet Sheppard,    401 E. Ontario St. #4102,    Chicago, IL 60611-7197
10743834     +Jean Addante-Deco,    424 Talcott Place,    Park Ridge, IL 60068-5433
10743835     +Jody Tate,    730 S. Monroe Street,    Hinsdale, IL 60521-4320
10743836     +Jon-Don Products, Inc.,    37302 Eagle Way,    Chicago, IL 60678-0001
10743837     +Joy Carpets, Inc.,    P.O. Box 5379,    Fort Oglethorpe, GA 30742-0579
10743838     +Joyce Paul,    9807 S. Ingleside,    Chicago, IL 60628-1519
10743841     +Keek Studio Inc.,    21000 Andover Rd.,    Lake Zurich, IL 60047-7830
10743842     +Kentucky Wood Floors, Inc.,    P.O. Box 33276,    Louisville, KY 40232-3276
10743843     +Lake Shore Waste Services LLC,    4808 W. Wilson Ave.,    Chicago, IL 60630-3826
10743844     +Lamontage,    MGK Group Inc.,    210 Eleventh Ave. 7th Floor,    New York, NY 10001-1210
10743845     +Langehorne Carpet Company,    P.O. Box 7175,    Langhorne, PA 19047-7175
10743846     +Legett & Platt,    155 Enterprise Dr.,    Wentzville, MO 63385-5570
10743847     +Leggett & Platt Financial Serv.,    US Bank,    P.O. Box 952092,    Saint Louis, MO 63195-2092
10743848     +Lin-Mar Motors,    7860 N. Lehigh Ave.,    Morton Grove, IL 60053-2707
10743849     +Local 705IBT Pension Fund,    1645 W. Jackson Blvd.,    Chicago, IL 60612-3276
10743850     +Local 743 Empl,    4620 S. Tripp Ave.,    Chicago, IL 60632-4419
10743851     +Loom's Creations Inc.,    280 A HWY 18 North,    East Brunswick, NJ 08816-1922
10743852     +Lord & Taylor,    P.O. Box 406,    Lorain, OH 44052-0406
10743853     +Luzern Limited,    2900 East 49th Street,    Chattanooga, TN 37407-3314
10743856     +MARTIAL,    18 W. Chestnut-1 N,    Chicago, IL 60610-3793
10743862      MBNA,    P.O. Box 15288,    Wilmington, DE 19886-5288
10743886     +MULCAHY, PAURITSCH, SALVADOR & CO,    c/o TIMOTHY SNUDER,    120 E. OGDEN AVE., STE 17B,
               Hinsdale, IL 60521-3544
10743854     +Mack's Leather & Fur Products,    P.O. Box 25678,    Chattanooga, TN 37422-5678
10743855     +Marshall Fields,    P.O. Box 94578,    Cleveland, OH 44101-4578
10743857     +Masland Carpets Inc.,    P.O. Box 538227,    Atlanta, GA 30353-8227
10743858     +Matt Camron Rug & Tapestries,    25900 Greenfield Rd. Ste 318,    Oak Park, MI 48237-1267
10743859     +Matt Erhardt,    1250 W. Augusta,    Chicago, IL 60642-4131
10743860     +Matthew J and Elizabeth H. Connelly,    1108 W. Albion,    Chicago, IL 60626-4614
10743863     +McKee Floor Covering Inc.,    2785 Highway 55,    P.O. Box 21009,    Saint Paul, MN 55121-0009
10743864     +Measure Comp,    25900 Greenfield Rd. ste. 318,    Oak Park, MI 48237-1267
10743865     +Mega Industries, Inc.,    641 E. Callahan Rd.,    P.O. Box 2243,    Dalton, GA 30722-2243
10743866     +Merchandise Mart Rent Acct.,    7186 Collection Center Drive,    Chicago, IL 60693-0071
10743867     +Merida Meridian Inc.,    P.O. Box 1071,    Syracuse, NY 13201-1071
10743868     +Merle B. Smith Co. Inc.,    161 Tower Dr. Unit B,    Hinsdale, IL 60527-7818
10743869     +Michael Mckenna,    1141 Venetian,    Naperville, IL 60540-7741
10743870     +Michelle Hearn,    47 D W 15th,    Chicago, IL 60605-2529
10743871     +Mid America Solutions LLC,    6351 W. Montrose Ave #244,    Chicago, IL 60634-1563
10743872     +Middle East Rug Corp.,    100 Park Plaza Drive,    Harmon Meadow,    Secaucus, NJ 07094-3635
10743873     +Midland Funding, LLC,    c/o Blatt Hasenmiller et al.,    125 S. Wacker Dr. Ste 400,
               Chicago, IL 60606-4440
10743874     +Milliken & Company,    P.O. Box 100503,    Atlanta, GA 30384-0503
10743875      Misco-Shawnee, Inc.,    P.O. Box 78068,    Saint Louis, MO 63178-8068
10743876     +Modern Post Card,    1675 Faraday Ave.,    Carlsbad, CA 92008-7314
10743877      Mohawk Carpet Corp.,    P.O. Box 91157,    Chicago, IL 60693-1157
10743878      Mohawk Factoring Inc.,    P.O. Box 99312,    Chicago, IL 60693-9312
10743879      Mohawk Factoring Inc.,    P.O. Box 91157,    Chicago, IL 60693-1157
10743881     +Monroe Guaranty Ins. Co.,    FCCI/ Attn: Direct Bill,    12800 N Meridian St., Suite 100,
               Carmel, IN 46032-9437
```

```
District/off: 0752-1          User: amcc7                  Page 4 of 6                  Date Rcvd: Feb 05, 2009
Case: 06-05816                Form ID: pdf002              Total Served: 358

10743882      +Moren Oriental Rugs,    639 Passaic Ave.,    Nutley, NJ 07110-1235
10743883      +Morton Grove Police Dept.,    6101 Capulina Ave.,    Morton Grove, IL 60053-2902
10743884      +Mowhawk Factoring, Inc.,    P.O. Box 99312,    Chicago, IL 60693-9312
10743885      +Mulcahy, Pauritsch, Salavdor Co.,    c/o Timothy Snuder,    120 E Ogden Ave Ste 17B,
                Hinsdale Il 60521-3544
10743887      +N-C Carpet Binding & Equip.,    3850 N. Causeway Blvd.,    Suite 200,    Metairie, LA 70002-7227
10743889      +NARENDRA ACHARYA & CINDY HUANG,    c/o JOHN P. QUALL,    542 S DEARBORN ST., STE 1060,
                Chicago, IL 60605-1567
10743893      +NC Carpet Binding & Equip,    858 Summer Ave.,    Newark, NJ 07104-3618
10743888      +Nancy Crown,    185 Olive St.,    Elmhurst, IL 60126-3909
10743890      +Nargizian Rug Co.,    100 Park Plaza Dr.,    Secaucus, NJ 07094-3635
10743892       National Business Supplies,    P.O. Box 55650,    Trenton, NJ 08638
10743891       National Business Supplies,    P.O. Box 55660,    Trenton, NJ 08638-6660
10743894      +New Frango Belge,    Attn: Mr. Gary Givin,    767 Lexington Ave.,    New York, NY 10065-8553
10743895      +Nextel Communications,    P.O. Box 17990,    Denver, CO 80217-0990
10743896      +Nextel Communications,    P.O. Box 2667,    Houston, TX 77252-2667
10743897      +Nick & Ernie’s Inc.,    8015 N. Lawndale,    Skokie, IL 60076-3435
10743899      +Niles Color Center, Inc.,    7652 N. Milwaukee,    Niles, IL 60714-3180
10743900       NooNoo Rug Co. Inc.,    100 Park Plaza Dr.,    Union City, NJ 07087
10743901      +Nordic Marketing,    5302 Payshpere Circle,    Chicago, IL 60674-0053
10743902      +Noreen Seabrook Marketing Inc.,    7545 N. Broadway Ste 1,    Red Hook, NY 12571-1439
10743903      +Nourison & Sons, Inc.,    5 Sampson Street,    Saddle Brook, NJ 07663-5911
10743904      +Novo Print USA Inc.,    1845 N. Farwell Avec ste 210,    Milwaukee, WI 53202-1715
10743906      +ORI Electrical Contractors Inc.,    720 Alice Drive,    Northbrook, IL 60062-2520
10743905      +Onyx Waste Services Inc.,    4612 W. Lake Street,    Melrose Park, IL 60160-2747
10743913      +PEDIAN LLC,    6535 N. Lincoln Ave.,    Lincolnwood, IL 60712-3992
10743907      +Paldo Sign Co.,    8110 W. Grand Ave.,    River Grove, IL 60171-1594
10743908      +Parks Plumbing & Sewer, Inc.,    8121 N. Lawndale,    Skokie, IL 60076-3321
10743909      +Patmar Janitorial Service,    655 Joseph Street,    Lake In The Hills, IL 60156-5203
10743910      +Patmar Janitorial Services,    664 Milwaukee Ave.,    Prospect Heights, IL 60070-2300
10743911      +Paul B. and Beatriz S. Douma,    1131 W. Morse Ave.,    Chicago, IL 60626-3501
10743912      +Paymentech,    1307 Walt Whitman Road,    Melville, NY 11747-3011
10743914      +Pension Associates, Inc.,    400 Westwood Drive,    Wausau, WI 54401-7801
10743915      +Pioneer Press,    Attn: Lous Skonieczny,    135 S. LaSalle Dept. 3132,    Chicago, IL 60674-0001
10743916      +Pittney Bowes,    P.O. Box 856390,    Louisville, KY 40285-6390
10743917      +Prestige Mills Inc.,    34-01 38th Ave.,    Long Island City, NY 11101-2223
10743918      +Protective Products,    1005 Veterans Memorial Blvd.,    Suite 202,    Kenner, LA 70062-4109
10743919       R.H. Donnelley,    P.O. Box 807008,    Kansas City, MO 64180-7008
10743927      +RJB Designs/Camey Walker,    796 Highview,    Glen Ellyn, IL 60137-5562
10743920      +Radcliff Design & Bldrs, Inc.,    936 Taft Road,    Hinsdale, IL 60521-4839
10743921      +Radici USA,    P.O. Box 3143,    Spartanburg, SC 29304-3143
10743922      +Rahim Wasiqi,    1650 Appletree Lane,    West Chicago, IL 60185-6502
10743923      +Red Thread Trading Company,    1905-33rd Avenue South,    Seattle, WA 98144-4912
10743924      +Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
10743925      +Retail Services,    P.O. Box 5219,    Carol Stream, IL 60197-5219
10743926      +Ridgefield Industries, Inc.,    8420 Railroad Street,    Crystal Lake, IL 60012-2806
10743928      +Robertex Assoc., Inc.,    207 Boling Industrial Way,    Calhoun, GA 30701-3650
10743929      +Roberto Gomez,    Roberto Gomez Caprpet Installer,    6514 North Albany,    Chicago, IL 60645-4104
10743930      +RocheBelle, Inc.,    8210 McCormick Blvd.,    Skokie, IL 60076-2921
10743931      +Ron Heinosch,    6956 West Foster,    Chicago, IL 60656-3754
10743932      +Rosan Imports Inc.,    110 Main Street,    Chatham, NJ 07928-2469
10743933      +Runge Paper Co.,    P.O Box 1247,    Northbrook, IL 60065-1247
10743934      +Runge Paper Company, Inc.,    Dept 20-Rum 001,    P.O. Box 5940,    Carol Stream, IL 60197-5940
10743936      +SAMAD,    419 Murray Hill Parkway,    East Rutherford, NJ 07073-2107
10743941      +SBC,    Bill Payment Center,    Saginaw, MI 48663-0001
10743947      +SPRINT,    P.O. Box 15955,    Lenexa, KS 66285-5955
10743935      +Safavieh Carpets,    Teller Levit & Silvertrust PC,    11 E Adams St #800,    Chicago IL 60603-6369
10743938       Savic Tile Inc.,    10 Noth Owen,    Mount Prospect, IL 60056
10743939      +Savnik,    601 Mcclary Ave.,    Oakland, CA 94621-1915
10743940       Saxony Carpet Company, Inc.,    979 Thrid Ave.,    New York, NY 10022
10743942      +Scott Mishler,    818 Jefferson Ave.,    Elgin, IL 60120-4038
10743943      +Sears & Anderson Fire & Safety,    245 Eric Drive,    Palatine, IL 60067-2508
10743944      +Shaw Industries,    12978 Collections Center Drive,    Chicago, IL 60693-0129
10743945      +Solis Stone Fabrication Inc.,    6300 W. Howard St.,    Niles, IL 60714-3406
10743946      +Sponge Cushion, Inc.,    P.O. Box 924,    Bedford Park, IL 60499-0924
10743948      +Stanton Carpet Corp.,    P.O. Box 950,    Syosset, NY 11791-0079
10743949       State of Illinois,    Secretary of State,    501 S. 2nd ST-RM 591,    Springfield, IL 62756-7200
10743950      +Stealth 1 Security Group,    736 Burnham Ave.,    Calumet City, IL 60409-4569
10743951      +Stoddard Carpets,    185 Rus Drive,    Calhoun, GA 30701-3673
10743952      +Stone & Pewter Accents, Inc.,    3555 Lomita Blvd- Units H & J,    Torrance, CA 90505-5013
10743954      +Stone Warehouse,    212 W. St. Charles Road,    Villa Park, IL 60181-2401
10743953      +Stone Warehouse,    303 S. Eisenhauer,    Lombard, IL 60148-5406
10743955      +Sun Life Financial,    P.O. Box 7247-0381,    Philadelphia, PA 19170-0001
10743957      +SunTrust Bank,    Receivables Capital Management Div.,    Box 4986,    Atlanta, GA 30302-4986
10743956      +Sungloss Marble Company Inc.,    937 N. Ashland- 1st Floor,    Chicago, IL 60622-5119
10743958      +Suntrust Bank,    RECV Capital Mgmnt Div,    Box 4986,    Atlanta, GA 30302-4986
10743959       T.A.S. Imports,    P.O. Box 687,    Glen Ellyn, IL 60138-0687
10743960      +Tai Ping Carpets,    715 Curtis Parkway SE,    Calhoun, GA 30701-3677
10743961       Tandus Corporate,    C&A Flooring,    Atlanta, GA 30392
10743962      +Tebon’s Gas Service,    7415 N. Harlem,    Niles, IL 60714-3701
10743965      +Terry Gebert Design,    2635 Birchwood Ave.,    Chicago, IL 60645-1403
10743966      +The CIT Group Comm Serv.,    P.O. Box 1036,    Charlotte, NC 28201-1036
10759706      +The CIT Group Commercial Services Inc.,    1211 Ave. of the Americas,    New York, NY 10036-8701
10743969      +The Royal Group,    135 South LaSalle St.,    Dept. 2318,    Chicago, IL 60674-0001
```

```
District/off: 0752-1          User: amcc7                  Page 5 of 6              Date Rcvd: Feb 05, 2009
Case: 06-05816                Form ID: pdf002              Total Served: 358

10743970       +The Royal Group,    P.O. Box 572884,    Houston, TX 77257-2884
10743971       +Thorndike Mills,    P.O. Box 968,    Palmer, MA 01069-0968
10743972       +Tisca Tiara,    767 Lexington Ave.,    Rm 503,    New York, NY 10065-8553
10743973       +Top Stone Corp.,    7904 W. North Ave # 607,    Elmwood Park, IL 60707-3540
10743975       +Tufenkian Imports Inc.,    919 Third Ave.,    New York, NY 10022-3902
10743976       +U. S. Express Enterprises Inc.,    P.O. Box 538257,    Atlanta, GA 30353-8257
10743977       +U.S. Media & 1st Community Finance,    P.O. Box 16006,    Phoenix, AZ 85011-6006
10743978       +UPS,   Lock Bock 577,    Carol Stream, IL 60132-0001
10743979       +Van Dijk Carpet, Inc.,    P.O. Box 1569,    Cartersville, GA 30120-1569
10743980       +Van Kirk & Company,    348 North Milwaukee Ave.,    Libertyville, IL 60048-2238
10743981       +Viking Office Products,    P.O. Box 30488,    Los Angeles, CA 90030-0488
10743982       +Village of Lincolnwood,    6900 North Lincoln Ave.,    Lincolnwood, IL 60712-2692
10743983       +Village of Morton Grove,    6101 Capulina,    Morton Grove, IL 60053-2985
10743784      ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
                (address filed with court: First Union Bank,    PO Box 8500-5440,    Philadelphia, PA 19178)
11651073      ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
                (address filed with court: Wachovia Bank, N.A.,    PO Box 13765,    Roanoke, VA  24037-3765)
10743987        WNUA,   3898 Collection Center Drive,    Williamsville, IL 62693
10743990       +WUJCIK CONSTRUCTION GROUP INC,    David Arena,    DiMonte & Lizak LLC,    216 W. Higgins Road,
                Park Ridge, IL 60068-5706
10743984       +Wachovia Bank,    Attn: NC7625,    P.O. Box 1609,    Winterville, NC 28590-1609
10743985       +Wachovia Bank,    P.O. Box 1639,    Winterville, NC 28590-1639
10743986       +Watkins & Shepard Trucking,    P.O. Box 5328,    Missoula, MT 59806-5328
10743988       +Wool of New Zealand,    700 Galleria Pkwy-Ste300,    Atlanta, GA 30339-5943
10743989       +Woolshire Carpet Mills Inc.,    P.O. Box 66,    1275 Mauldin Road,    Calhoun, GA 30701-8644
10743991       +WunderGrip, Inc.,    200 Racoosin Drive # 104,    Aston, PA 19014-1572
10743993       +Yellow Transporatation, Inc.,    P.O. Box 73149,    Chicago, IL 60673-0001
10743994       +Zbigniew Pysera,    5910 N. Milwaukee Ave.,    Chicago, IL 60646-5580
10743995       +Zibigniew Pysera30183.00,    2333 N. Neva apt. 3060,    Elmwood Park, IL 60707-2820
10743996       +Zoroufy Stairs Rods,    P.O. Box 620345,    Middleton, WI 53562-0345

The following entities were served by electronic transmission on Feb 05, 2009.
12650239       +E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2009 11:56:13      Capital Recovery II,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12596272       +E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2009 11:56:17      Capital Recovery One,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10743732       +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Com Ed,
                 Bill Payment Center,    Chicago, IL 60668-0001
11618362       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2009 11:56:04      GE Consumer Finance,
                 For GE Money Bank,    dba PRO GROUP,    PO Box 960061,    Orlando FL 32896-0061
10743799       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2009 11:56:05      GE Money Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
12040717        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10743898       +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 190,
                 Aurora, IL 60507-0190
12596273        E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2009 11:56:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
11806915       +E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2009 11:56:26
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba LORD & TAYLOR,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10743964       +E-mail/Text: DAJOHNSON@TMSUPPLY.COM                            Terrazzo & Marble Supply Co.,
                 77 S. Wheeling Road,    Wheeling, IL 60090-4805
10743992       +E-mail/Text: brad.lee@xo.com                            XO Communications,
                 9201 N. Central Expressway,    P.O. Box 650226,    Dallas, TX 75265-0226
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10743937        Sartia Art & Floor,    1567 Marine Drive
10743963        Tecnicolados del BajioS.AdeC.V,    Quinta Avenida #240,    Fracc. Gamez C.P. 36650,    Irapuato, GU
10743974        Total Pedian Debt,    Potential Claims
10743861*      +Matthew J. & Elizabeth H. Connelly,    1108 W. Albion,    Chicago, IL 60626-4614
10743880*      +Mohawk Factoring Inc.,    P.O. Box 99312,    Chicago, IL 60693-9312
10743967*      +The CIT Group/Comm Serv Inc.,    P.O. Box 1036,    Charlotte, NC 28201-1036
10743968*      +The CIT Group/Comm Serv. Inc.,    P.O. Box 1036,    Charlotte, NC 28201-1036
                                                                                              TOTALS: 3, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 6 of 6              Date Rcvd: Feb 05, 2009
Case: 06-05816                Form ID: pdf002          Total Served: 358

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2009**                                **Signature:** *Joseph Speetjens*