UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| TIMOTHY C & JULIE L. DILLON, | ) |
| | ) |
| | ) CASE NO. 06-05816-CAD |
| | ) |
| | ) |
| Debtors. | ) Hon. CAROL A. DOYLE |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:   THE HONORABLE CAROL A. DOYLE
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


May 26, 2009                              /s/
DATE                                      Jay A. Steinberg, Trustee

**Exhibit A**

**Orders Awarding Compensation**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-05816 |
| TIMOTHY & JULIE DILLON, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtors. | ) | |

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Application for Allowance of Compensation, notice having been given, and the Court being duly advised as to the administrative insolvency of this case and the agreement between the Trustee and his attorneys as to the distribution of the remaining funds in the estate:

IT IS HEREBY ORDERED that Jay A. Steinberg, Trustee is allowed compensation as follows;

1. Compensation      $42,392.81

   TOTAL            $42,392.81

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above only after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

IT IS FURTHER ORDERED that, pursuant to an agreement between Trustee and his attorneys, payment of the above allowance shall be subordinated to the payment of the allowed administrative claims of Trustee's Accountant and Trustee's Attorney and Trustee shall disburse the remaining estate funds in the following order and in the following amounts:

1. Trustee's Accountant       $1,432.22
2. Trustee's Attorneys        $5,000.00
3. Trustee                    $3,601.22 plus accrued any interest

DATED this 24th day of March, 2009

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 06-05816 |
| TIMOTHY & JULIE DILLON, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtors. | ) | |

**Order Awarding Trustee's Attorneys Compensation and Expense Reimbursement**

THIS MATTER BEING HEARD on the First and Final Application of Trustee's Counsel for Allowance of Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised in the premises, including the administrative insolvency of this case and the agreement between Trustee and his Attorneys as to the distribution of the remaining funds in the estate:

IT IS HEREBY ORDERED that Arnstein & Lehr LLP is allowed final compensation and expense reimbursement as an administrative expense of the estate as follows:

1. Compensation     $23,759.50
2. Expenses         $195.79
   TOTAL            $23,955.29

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above, only after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court;

IT IS FURTHER ORDERED that, pursuant to an agreement between the Trustee and Trustee's Attorneys, payment of the above allowances by Trustee shall be limited to $5,000.00 and shall be subordinated to the payment in full of the allowed administrative claim of Trustee's Accountant.

DATED this 24TH day of March, 2009

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  TIMOTHY & JULIE DILLON | ) | CASE NO. 06 B 05816 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTORS | ) | |
| | ) | HON. CAROL A. DOYLE |
| | ) | |

### ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period January 29, 2008 through April 29, 2008 in the amount of $1,428.00 and reimbursement of expenses in the amount of $4.22.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

3/24/09

**Exhibit B**

**Trustee's Distribution Report**

| Case Number: 06-05816  CAD | | | Page 1 | | | | Date: March 26, 2009 |
|---|---|---|---|---|---|---|---|
| Debtor Name: DILLON, TIMOTHY C \ DILLON, JULIE L | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $10,034.18 |
| | **Claim Type 3410-00 - Accountant for Trustee Fees** | | | | | | | |
| | Popowcer & Katten, Ltd.<br>Attn: Lois West<br>35 East Wacker Drive #1550<br>Chicago IL 6601 | Admin | 001 | $1,428.00 | $0.00 | $1,428.00 | $1,428.00 | $8,606.18 |
| | Subtotal For Claim Type 3410-00 | | | $1,428.00 | $0.00 | $1,428.00 | $1,428.00 | |
| | **Claim Type 3420-00 - Accountant for Trustee Expenses** | | | | | | | |
| | Popowcer & Katten, Ltd.<br>Attn: Lois West<br>35 East Wacker Drive #1550<br>Chicago IL 6601 | Admin | 001 | $4.22 | $0.00 | $4.22 | $4.22 | $8,601.96 |
| | Subtotal For Claim Type 3420-00 | | | $4.22 | $0.00 | $4.22 | $4.22 | |
| | **Claim Type 3210-00 - Attorney for Trustee Fees (Other** | | | | | | | |
| | ARNSTEIN & LEHR LLP<br>120 S. RIVERSIDE PLAZA,<br>SUITE 1200<br>CHICAGO, IL 60606 | Admin | 002 | $18,955.29 | $0.00 | $18,955.29 | $0.00 | $8,601.96 |
| | ARNSTEIN & LEHR LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Admin | 002 | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | $3,601.96 |
| | Subtotal For Claim Type 3210-00 | | | $23,955.29 | $0.00 | $23,955.29 | $5,000.00 | |
| | **Claim Type 2100-00 - Trustee Compensation** | | | | | | | |
| | JAY STEINBERG, TRUSTEE | Admin | 003 | $42,392.81 | $0.00 | $42,392.81 | $3,601.96 | $0.00 |
| | Subtotal For Claim Type 2100-00 | | | $42,392.81 | $0.00 | $42,392.81 | $3,601.96 | |
| | Subtotals For Class Administrative  14.80397 % | | | $67,780.32 | $0.00 | $67,780.32 | $10,034.18 | |
| | **Claim Type 5300-00 - Wages - 507(a)(3)** | | | | | | | |
| 000025 | Chicago Home and Garden Publication<br>5 Kensington Dr<br>Lincolnshire IL 60069 | Priority | 040 | $11,607.20 | $0.00 | $11,607.20 | $0.00 | $0.00 |
| | Subtotal For Claim Type 5300-00 | | | $11,607.20 | $0.00 | $11,607.20 | $0.00 | |
| | Subtotals For Class Priority  0.00000 % | | | $11,607.20 | $0.00 | $11,607.20 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |

| Case Number: 06-05816   CAD | | | Page 2 | | | | Date: March 26, 2009 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: DILLON, TIMOTHY C \ DILLON, JULIE L | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | The CIT Group Commercial Services Inc.<br>1211 Ave. of the Americas<br>New York, NY 10036 | Unsec | 070 | $15,794.22 | $0.00 | $15,794.22 | $0.00 | $0.00 |
| 000002 | GE Consumer Finance<br>For GE Money Bank<br>dba PRO GROUP<br>PO Box 960061<br>Orlando FL 32896-0661 | Unsec | 070 | $937.35 | $0.00 | $937.35 | $0.00 | $0.00 |
| 000003 | IGM Corp.<br>2038 83rd Street<br>P.O. Box 3<br>North Bergen, NJ 07047 | Unsec | 070 | $3,074.07 | $0.00 | $3,074.07 | $0.00 | $0.00 |
| 000004 | American International<br>850 Pratt Blvd.<br>Elk Grove Village, IL 60007 | Unsec | 070 | $3,336.10 | $0.00 | $3,336.10 | $0.00 | $0.00 |
| 000005 | Patmar Janitorial Services<br>664 Milwaukee Ave.<br>Prospect Heights, IL 60070 | Unsec | 070 | $2,613.50 | $0.00 | $2,613.50 | $0.00 | $0.00 |
| 000006 | Joyce Paul<br>9807 S. Ingleside<br>Chicago, IL 60628 | Unsec | 070 | $382.00 | $0.00 | $382.00 | $0.00 | $0.00 |
| 000007 | Thorndike Mills<br>P.O. Box 968<br>Palmer, MA | Unsec | 070 | $449.58 | $0.00 | $449.58 | $0.00 | $0.00 |
| 000008 | Bellbridge Carpet<br>5401 Industrial Way<br>Benicia, CA 94510 | Unsec | 070 | $562.58 | $0.00 | $562.58 | $0.00 | $0.00 |
| 000009 | First Data Commercial Services<br>1307 Walt Whitman Road<br>Melville, NY 11747 | Unsec | 070 | $3,701.70 | $0.00 | $3,701.70 | $0.00 | $0.00 |
| 000010 | Nargizian Rug Co.<br>100 Park Plaza Dr.<br>Secaucus, NJ 07094 | Unsec | 070 | $1,805.39 | $0.00 | $1,805.39 | $0.00 | $0.00 |
| 000011 | Runge Paper Company, Inc.<br>Dept 20-Rum 001<br>P.O. Box 5940<br>Carol Stream, IL 60197 | Unsec | 070 | $928.77 | $0.00 | $928.77 | $0.00 | $0.00 |

| Case Number: 06-05816    CAD | | | Page 3 | | | Date: March 26, 2009 | |
|---|---|---|---|---|---|---|---|
| Debtor Name: DILLON, TIMOTHY C \ DILLON, JULIE L | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | |
| 000012 | Nourison & Sons, Inc.<br>5 Sampson Street<br>Saddle Brook, NJ 07663 | Unsec | 070 | $4,095.63 | $0.00 | $4,095.63 | $0.00 | $0.00 |
| 000013 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsec | 070 | $1,633.45 | $0.00 | $1,633.45 | $0.00 | $0.00 |
| 000014 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsec | 070 | $125.59 | $0.00 | $125.59 | $0.00 | $0.00 |
| 000015 | G K Carpet Ltd.<br>5704 Riverview Drive<br>Lisle, IL 60532 | Unsec | 070 | $4,835.60 | $0.00 | $4,835.60 | $0.00 | $0.00 |
| 000016 | Wachovia Bank, N.A.<br>PO Box 13765<br>Roanoke, VA 24037-3765 | Unsec | 070 | $10,939.83 | $0.00 | $10,939.83 | $0.00 | $0.00 |
| 000017 | INTERNATIONAL GRAN<br>c/o TELLER LEVIT<br>SILVERTRUST<br>11 E ADAMS ST, 8TH FLOOR<br>Chicago, IL 60603 | Unsec | 070 | $3,141.10 | $0.00 | $3,141.10 | $0.00 | $0.00 |
| 000018 | Safavieh Carpets<br>Teller Levit & Silvertrust PC<br>11 E Adams St &#035800<br>Chicago IL 60603 | Unsec | 070 | $3,507.50 | $0.00 | $3,507.50 | $0.00 | $0.00 |
| 000019 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsec | 070 | $1,031.42 | $0.00 | $1,031.42 | $0.00 | $0.00 |
| 000020 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsec | 070 | $4,067.02 | $0.00 | $4,067.02 | $0.00 | $0.00 |
| 000021 | Flor Star Sales, Inc.<br>2780 Payspher Circle<br>Chicago, IL 60674 | Unsec | 070 | $6,788.26 | $0.00 | $6,788.26 | $0.00 | $0.00 |
| 000022 | Mulcahy, Pauritsch, Salavdor Co.<br>c/o Timothy Snuder<br>120 E Ogden Ave Ste 17B<br>Hinsdale Il 60521 | Unsec | 070 | $29,737.87 | $0.00 | $29,737.87 | $0.00 | $0.00 |

| Case Number: 06-05816 CAD | | | | Page 4 | | | Date: March 26, 2009 | |
|---|---|---|---|---|---|---|---|---|

Debtor Name: DILLON, TIMOTHY C \ DILLON, JULIE L.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000023 | WUJCIK CONSTRUCTION GROUP INC<br>David Arena<br>DiMonte & Lizak LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | Unsec | 070 | $51,082.56 | $0.00 | $51,082.56 | $0.00 | $0.00 |
| 000024 | Atiyeh International Ltd.<br>P.O. Box 3040<br>Newberg, OR 97132 | Unsec | 070 | $1,478.77 | $0.00 | $1,478.77 | $0.00 | $0.00 |
| 000026 | Top Stone Corp.<br>7904 W. North Ave # 607<br>Elmwood Park, IL 60707 | Unsec | 070 | $11,842.63 | $0.00 | $11,842.63 | $0.00 | $0.00 |
| 000027 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LORD & TAYLOR<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsec | 070 | $64.87 | $0.00 | $64.87 | $0.00 | $0.00 |
| 000028 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsec | 070 | $5,157.07 | $0.00 | $5,157.07 | $0.00 | $0.00 |
| 000029 | HVA Bros, Inc.<br>P.O. Box 1196<br>Barrington, IL 60011 | Unsec | 070 | $854,139.54 | $0.00 | $854,139.54 | $0.00 | $0.00 |
| 000030 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsec | 070 | $15,013.88 | $0.00 | $15,013.88 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $1,042,267.85 | $0.00 | $1,042,267.85 | $0.00 | |
| | Subtotals For Class Unsecured | 0.00000 % | | $1,042,267.85 | $0.00 | $1,042,267.85 | $0.00 | |

*OK to Pay*
*4/8/09*

**FINAL DISTRIBUTION**

Case Number: 06-05816    CAD  
Debtor Name: DILLON, TIMOTHY C \ DILLON, JULIE L.

Page 5

Date: March 26, 2009

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $1,121,655.37 | $0.00 | $1,121,655.37 | $10,034.18 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

**Exhibit C**

**Form 2**

**Estate Cash Receipts and Disbursements Record**

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-05816 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | DILLON, TIMOTHY C | Bank Name: | BANK OF AMERICA, N.A. |
| | DILLON, JULIE L | Account Number / CD #: | *******2100 BofA - Money Market Account |
| Taxpayer ID No: | *******0140 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/10/07 | 1 | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 6,802.67 | | 6,802.67 |
| | | FRANK COLETTO | Memo Amount: 792,112.73 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount: ( 2,670.00 ) | 2500-000 | | | |
| | | | SETTLEMENT CHARGES | | | | |
| | | MILLENNIUM PROPERTIES | Memo Amount: ( 1,500.00 ) | 3510-000 | | | |
| | | | REALTOR FEE | | | | |
| | | KELLER WILLIAMS | Memo Amount: ( 2,500.00 ) | 3510-000 | | | |
| | | | REALTOR FEE | | | | |
| | | CITY OF CHICAGO DEPT OF REVENUE | Memo Amount: ( 5,992.50 ) | 2820-000 | | | |
| | | | REAL ESTATE TAXES | | | | |
| | | POWERS & OSEID | Memo Amount: ( 1,557.50 ) | 3991-000 | | | |
| | | | AGENT PREMIUM | | | | |
| | | PIERCE & ASSOCIATES | Memo Amount: ( 740,870.32 ) | 4210-000 | | | |
| | | | PAYOFF FIRST MORTGAGE | | | | |
| | | COLE TAYLOR BANK | Memo Amount: ( 5,000.00 ) | 4210-000 | | | |
| | | | PAYOFF SECOND MORTGAGE | | | | |
| | | TIMOTHY DILLON | Memo Amount: ( 12,500.00 ) | 8100-002 | | | |
| | | | DEBTOR"S EXEMPTION | | | | |
| | | LIEBERMAN MANAGEMENT SERVICES | Memo Amount: ( 12,495.27 ) | 2500-000 | | | |
| | | | CONDOMINIUM ASSESSMENTS | | | | |
| | | WATER BILL | Memo Amount: ( 224.47 ) | 2500-000 | | | |
| | | | OTHER CLOSING COSTS | | | | |
| 08/10/07 | 1 | FRANK COLETTA | SALE OF REAL ESTATE | 1110-000 | 2,500.00 | | 9,302.67 |
| 08/27/07 | 1 | LE PETOMANE INC. | SALE OF REAL PROPERTY | 1110-000 | 697.33 | | 10,000.00 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.40 | | 10,004.40 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.37 | | 10,010.77 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.38 | | 10,017.15 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.35 | | 10,022.50 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.79 | | 10,027.29 |

LFORM2T4

Ver: 14.30d

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-05816 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | DILLON, TIMOTHY C | Bank Name: | BANK OF AMERICA, N.A. |
| | DILLON, JULIE L | Account Number / CD #: | *******2100  BofA - Money Market Account |
| Taxpayer ID No: | *******0140 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.97 | | 10,031.26 |
| 02/18/08 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 12.69 | 10,018.57 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.38 | | 10,020.95 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.37 | | 10,023.32 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.05 | | 10,025.37 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,026.64 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.23 | | 10,027.87 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,029.14 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,030.41 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.24 | | 10,031.65 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.97 | | 10,032.62 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.82 | | 10,033.44 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 10,033.95 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,034.03 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,034.11 |
| 03/26/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 10,034.18 |
| 03/26/09 | | Transfer to Acct #*******2320 | Final Posting Transfer  Transfer funds for final distribution.  ecb | 9999-000 | | 10,034.18 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Account *******2100 | Balance Forward | 0.00 | | |
| | | | 3 | Deposits | 10,000.00 | 1 Checks | 12.69 |
| Memo Allocation Receipts: | 792,112.73 | | 20 | Interest Postings | 46.87 | 0 Adjustments Out | 0.00 |
| Memo Allocation Disbursements: | 785,310.06 | | | Subtotal | $ 10,046.87 | 1 Transfers Out | 10,034.18 |
| Memo Allocation Net: | 6,802.67 | | 0 | Adjustments In | 0.00 | Total | $ 10,046.87 |
| | | | 0 | Transfers In | 0.00 | | |
| | | | | Total | $ 10,046.87 | | |

LFORM2T4

Ver: 14.30d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-05816 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | DILLON, TIMOTHY C | Bank Name: | BANK OF AMERICA, N.A. |
|  | DILLON, JULIE L | Account Number / CD #: | *******2320  BofA - Checking Account |
| Taxpayer ID No: | *******0140 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/09 | | Transfer from Acct #*******2100 | Transfer In From MMA Account | 9999-000 | 10,034.18 | | 10,034.18 |
| | | | Transfer funds for final distribution.   ecb | | | | |
| 03/26/09 | 003001 | Popowcer & Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,428.00 | 8,606.18 |
| | | Attn:  Lois West | | | | | |
| | | 35 East Wacker Drive  #1550 | | | | | |
| | | Chicago  IL  6601 | | | | | |
| 03/26/09 | 003002 | Popowcer & Katten, Ltd. | Accountant for Trustee Expenses (Ot | 3420-000 | | 4.22 | 8,601.96 |
| | | Attn:  Lois West | | | | | |
| | | 35 East Wacker Drive  #1550 | | | | | |
| | | Chicago  IL  6601 | | | | | |
| 03/26/09 | 003003 | ARNSTEIN & LEHR LLP | Trustee's Attorneys' Fees | 3210-000 | | 5,000.00 | 3,601.96 |
| | | 120 SOUTH RIVERSIDE PLAZA | Allowed Final Compensation | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| 03/26/09 | 003004 | JAY STEINBERG, TRUSTEE | Trustee Compensation | 2100-000 | | 3,601.96 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | Account *******2320 | Balance Forward | 0.00 | | | |
| | | 0 Deposits | 0.00 | 4 Checks | 10,034.18 |
| | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Subtotal | $ 0.00 | | |
| | | | | Total | $ 10,034.18 |
| Memo Allocation Net: | 0.00 | 0 Adjustments In | 0.00 | | |
| | | 1 Transfers In | 10,034.18 | | |
| | | Total | $ 10,034.18 | | |

LFORM2T4

Ver: 14.30d

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 06-05816 -CAD |
| Case Name: | DILLON, TIMOTHY C |
| | DILLON, JULIE L |
| Taxpayer ID No: | *******0140 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2320  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 792,112.73 | | | | | |
| Total Allocation Disbursements: | 785,310.06 | | | | | |
| Total Memo Allocation Net: | 6,802.67 | | | | | |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 10,000.00 | 5 | Checks | 10,046.87 |
| 20 | Interest Postings | 46.87 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 10,034.18 |
| | Subtotal | $ 10,046.87 | | | |
| | | | | Total | $ 20,081.05 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 10,034.18 | | | |
| | Total | $ 20,081.05 | | Net Total Balance | $ 0.00 |

LFORM2T4

Ver: 14.30d